## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

JAMIE LYNN BAUMGARTNER,

      Plaintiff,

vs.

TASMAN SERVICES LLC and
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

      Defendants.

_____/

CASE NO: 18-CA-007581
DIVISION: E

### FIRST AMENDED COMPLAINT

Plaintiff, JAMIE LYNN BAUMGARTNER sues Defendants, TASMAN SERVICES LLC and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and states the following:

1.    This is an action for damages in excess of Thirty Thousand ($30,000.00) dollars.

2.    JAMIE LYNN BAUMGARTNER is a resident of Clearwater, Pinellas County, Florida.

3.    TASMAN SERVICES LLC is a Florida Corporation operating and doing business within the state of Florida.

4.    TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA is a foreign corporation licensed and transacting business in the State of Florida that provided uninsured/underinsured motorist coverage to the vehicle owned by HED PRODUCTS and driven by JAMIE LYNN BAUMGARTNER.

5.    On or about August 29, 2016, TASMAN SERVICES LLC, leased a motor vehicle which was operated with their knowledge and consent by its employee, KASEY MITCHELL, on S.R. 93 at or near County Road 48, in Bushnell, Florida.

Exhibit "B"

6.      At that time and place KASEY MITCHEL was driving the vehicle leased by TASMAN SERVICES LLC northbound in the outside lane closest to the median.

7.      At that time and place VICKI LYNN LOUGHEED was driving a motor vehicle northbound in the inside lane.

8.      At that time and place JAMIE LYNN BUAMGARTNER was driving the vehicle owned by HED Products southbound.

9.      VICKI LYNN LOUGHEED negligently operated her vehicle so that it collided with the vehicle driven by KASEY MITCHELL.

10.     KASEY MITCHELL negligently operated the motor vehicle he was driving so as to cause said motor vehicle to cross the center median and collide head on with the vehicle in which JAMIE LYNN BAUMGARTNER was driving.

## COUNT I
### (Respondeat Superior Against TASMAN SERVICES LLC)

11.     JAMIE LYNN BAUMGARTNER adopts and re-alleges paragraphs 1 through 10 as though restated herein.

12.     TASMAN SERVICES LLC is vicariously liable for the negligence of KASEY MITCHELL under the doctrine of respondeat superior because KASEY MITCHELL was acting within the scope of his employment at the time of the crash.

13.     As a direct and proximate result of the negligence of KASEY MITCHELL, the plaintiff, JAMIE LYNN BAUMGARTNER has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, JAMIE LYNN BAUMGARTNER, demands judgment against TASMAN SERVICES LLC for damages, pre-judgment interests for any out of pocket pecuniary losses, costs of these proceedings, and further demands a trial by jury on all issues so triable.

**COUNT II**
**(Dangerous Instrumentality Against TASMAN SERVICES LLC)**

14.    JAMIE LYNN BAUMGARTNER adopts and re-alleges paragraphs 1 through 10 as though restated herein.

15.    TASMAN SERVICES LLC is vicariously liable for the negligence of its permissive driver, KASEY MITCHELL, under Florida's Dangerous Instrumentality Doctrine.

16.    As a direct and proximate result of the negligence of KASEY MITCHELL, the plaintiff, JAMIE LYNN BAUMGARTNER has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, JAMIE LYNN BAUMGARTNER, demands judgment against TASMAN SERVICES LLC for damages, pre-judgment interests for any out of pocket pecuniary losses, costs of these proceedings and further demands a trial by jury on all issues so triable.

**COUNT III**
**(UM Claim against TRAVELERS CASUALTY**
**INSURANCE COMPANY OF AMERICA)**

17.    JAMIE LYNN BAUMGARTNER adopts and re-alleges paragraphs 1 through 10 above as though restated herein.

18.    TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA issued an automobile insurance policy (insurance policy), number BA-7G983468-16-SEL, which is attached

Page 3 of 6

as **Exhibit A** and incorporated herein, for premiums paid that was effective on August 29, 2016 and was intended to protect JAMIE LYNN BAUMGARTNER against losses resulting from the negligence of an uninsured or underinsured motorist.

19.    That at the time of the crash described above, VICKI LYNN LOUGHEED, TASMAN SERVICES LLC, and KASEY MITCHEL were uninsured/underinsured.

20.    JAMIE LYNN BAUMGARTNER has made a demand for payment of underinsured/uninsured benefits and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA has refused to pay them.

21.    Notice of the crash was promptly furnished by JAMIE LYNN BAUMGARTNER to TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and JAMIE LYNN BAUMGARTNER has complied with all conditions precedent to bringing this action.

**WHEREFORE**, JAMIE LYNN BAUMGARTNER demands judgment against TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA for damages, pre-judgment interests for any out of pocket pecuniary losses, costs of these proceedings and further demands a trial by jury on all issues so triable.

### COUNT IV
### (BAD FAITH REFUSAL TO PAY INSURANCE CLAIM
### against TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA)

22.    JAMIE LYNN BAUMGARTNER adopts and re-alleges paragraphs 1 through 10 above as though restated herein.

23.    JAMIE LYNN BAUMGARTNER made a demand upon TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA pursuant to the policy of insurance intended to protect JAMIE LYNN BAUMGARTNER against losses resulting from the negligence of an

uninsured or underinsured motorist and pursuant Tenn. Code § 56-7-105(a). *See* **Exhibit B** attached hereto.

24.     More than sixty days have passed since JAMIE LYNN BAUMGARTNER's demand upon TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA.  Additionally, JAMIE LYNN BAUMGARTNER filed a civil remedy notice with the Florida Department of Financial Services, in an effort to provide TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA one more opportunity to act in good faith in settling JAMIE LYNN BAUMGARTNER's claim, providing TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA an additional sixty days to respond. *See* **Exhibit C** attached hereto.

25.     TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA has in bad faith refused to honor its contract of insurance with JAMIE LYNN BAUMGARTNER and has refused to make payment to JAMIE LYNN BAUMGARTNER.

26.     JAMIE LYNN BAUMGARTNER is entitled to all remedies available to her pursuant to Tenn. Code § 56-7-105(a) and is likewise entitled to an award of her reasonable attorney's fees and costs in bringing this action against TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA.

     **WHEREFORE**, JAMIE LYNN BAUMGARTNER demands judgment against TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA for damages, pre-judgment interests for any out of pocket pecuniary losses, costs of these proceedings and further demands a trial by jury on all issues so triable.

_____
Scott Distasio, Esquire
Florida Bar No. 843652
Chad Young, Esquire

Florida Bar No. 1018819
DISTASIO LAW FIRM, P.A.
1112 Channelside Drive
Suite 5
Tampa, Florida 33602
813/259-0022 phone
813/259-0033 Fax
mail@distasiofirm.com
Attorneys for Plaintiff



**TRAVELERS**

**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132
KNOXVILLE TN 37923

**Presented by: TIS INSURANCE SERV INC**

Exhibit A


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              NON-DURABLE B GOODS - MEDIUM HAZARD
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 03/15/16
                              POLICY NUMBER: BA-7G983468-16-SEL

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   HED PRODUCTS, LLC
   AND AS PER CA T8 00
   118 N. PETERS RD., #132
   KNOXVILLE, TN 37923

2. POLICY PERIOD:  From 03/07/16 to 03/07/17 12:01 A.M. Standard Time at
                                                your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.   No.  Occupancy            Address


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL AUTOMOBILE COV PART DECLARATIONS       CA T0 01 02 15 ACJ


5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                         Policy No.            Insuring Company


   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 36,078
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:      COUNTERSIGNED BY:
   TIS INSURANCE SERV INC (F0716)
   P O BOX 10328                          _____
   KNOXVILLE, TN 379390328                Authorized Representative

                                          DATE:_____

IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 1
OFFICE: NASHVILLE
```

Exhibit A


**TRAVELERS**

| | |
|---|---|
| **POLICY NUMBER:** | BA-7G983468-16-SEL |
| **EFFECTIVE DATE:** | 03-07-16 |
| **ISSUE DATE:** | 03-15-16 |

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89   COMMON POLICY DECLARATIONS
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07   COMMON POLICY CONDITIONS
```

COMMERCIAL AUTOMOBILE

```
CA T0 01 02 15   BA- COVERAGE PART DECS (ITEMS 1 & 2)
CA T0 02 02 15   BA COVERAGE PART DECS (ITEM 3)
CA T0 03 02 15   BA COVERAGE PART DECS (ITEMS 4 & 5)
CA T0 30 02 15   BA/AD/MC COV PART SCH-ITEM 2-UM & UIM
CA T0 31 02 15   TABLE OF CONTENTS-BUSINESS AUTO COV FORM
CA 00 01 10 13   BUSINESS AUTO COVERAGE FORM
CA F0 73 02 15   TENNESSEE EXCEPTION - LOSS PAYABLE CLAUS
CA T4 20 02 15   AUTO COVERAGE PLUS ENDORSEMENT
CA T4 59 02 15   AMENDMENT OF EMPLOYEE DEFINITION
CA 01 46 10 13   TENNESSEE CHANGES
CA 04 30 10 13   TN LESSOR - ADDL INSURED AND LOSS PAYEE
CA 21 20 10 13   TENNESSEE UNINSURED MOTORISTS COVERAGE
CA 99 03 10 13   AUTO MEDICAL PAYMENTS COVERAGE
CA 99 28 10 13   STATED AMOUNT INSURANCE
CA T8 00         NAMED INSURED
CA 20 17 10 13   MOBILE HOMES CONTENTS COV NOT COVERED
```

INTERLINE ENDORSEMENTS

```
IL T4 05 03 11   DESIGNATED ENTITY - CANC PROVIDED BY US
IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
IL 00 21 09 08   NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 02 50 09 08   TN CHANGES-CANCELLATION & NONRENEWAL
IL T0 10 12 86   LENDERS CERTIFICATE OF INSURANCE-FORM A
```

IL T8 01 10 93                                        PAGE:   1 OF   1

Exhibit A

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

IL T0 01 01 07 (Rev. 06-09)  Includes the copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

Exhibit A

the time the policy was issued. On each re-
newal continuation or anniversary of the ef-
fective date of this policy, we will compute
the premium in accordance with our rates
and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not
be transferred without our written consent except
in the case of death of an individual named in-
sured.

If you die, your rights and duties will be trans-
ferred to your legal representative but only while

acting within the scope of duties as your legal
representative. Until your legal representative is
appointed, anyone having proper temporary cus-
tody of your property will have your rights and
duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term
Equipment Breakdown is understood to mean
and include Boiler and Machinery and the term
Boiler and Machinery is understood to mean and
include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that
declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a
Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring
company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this  policy is counter-
signed by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

Exhibit A

# COMMERCIAL AUTOMOBILE

Exhibit A



# COMMERCIAL AUTOMOBILE

Exhibit A

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    BUSINESS AUTO
                                    COVERAGE PART DECLARATIONS
                                    Issue Date:  03-15-16  BP
```

ITEM ONE:                     Policy Number:  BA-7G983468-16-SEL

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Declarations Period:  From:  03-07-16 to 03-07-17 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Business Auto Coverage Form shown below.

FORM OF BUSINESS: CORPORATION

ITEM TWO:
 A. COVERAGE AND LIMITS OF INSURANCE:

     Coverage applies only to those "Autos" shown as Covered "Autos".
     "Autos" are shown as covered "autos" for the applicable coverages by the
     entry of one or more of the symbols from Section 1 - Covered Autos of
     the Business Auto Coverage Form next to the name of the coverage.

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| COVERED AUTOS LIABILITY | 1 | $  1,000,000 |
| AUTO MEDICAL PAYMENTS | 2 | $ 5,000 EACH INSURED |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 7 | SEE CA T0 30 |
| PHYSICAL DAMAGE   Comprehensive Coverage | 7   8 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE- SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". |

```
CA T0 01 02 15                        PAGE  (CONTINUED)
PRODUCER TIS INSURANCE SERV INC  F0716    OFFICE NSHV  119
```

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  03-15-16  BP

Policy Number:  BA-7G983468-16-SEL

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| PHYSICAL DAMAGE Collision Coverage | 7   8 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered auto. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". |

B. AUDIT PERIOD:  NOT AUDITABLE

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
Symbols 1-9, 19:  SEE BUSINESS AUTO COVERAGE FORM Section 1
Covered Autos

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
interest may appear to you and the Loss Payee named in the Declarations
(see Loss Payable Clause on reverse side)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
PART: SEE IL T8 01 10 93

CA T0 01 02 15
PRODUCER TIS INSURANCE SERV INC  F0716

PAGE  (CONTINUED)
OFFICE NSHV  119

Exhibit A



One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  03-15-16  BP

Policy Number:  BA-7G983468-16-SEL

LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.

SCHEDULE OF LOSS PAYEES

VEHICLE NUMBER                    LOSS PAYEE (Name and Address)

0004                        MERCEDES-BENZ FINSERVUSA, LLC

                            P.O. BOX 279319

                            SACRAMENTO                   CA
                                                         95827

CA T0 01 02 15                          PAGE   (CONTINUED)
PRODUCER TIS INSURANCE SERV INC  F0716  OFFICE NSHV  119

Exhibit A

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    BUSINESS AUTO
                                    COVERAGE PART DECLARATIONS
                                    Issue Date:  03-15-16  BP

              Policy Number:  BA-7G983468-16-SEL

                      SCHEDULE OF LOSS PAYEES

      VEHICLE NUMBER                LOSS PAYEE (Name and Address)

      0005                  CLAYTON BANK AND TRUST(STORE 9)

                            P.O. BOX 2306

                            KNOXVILLE                     TN
                                                          37901




      0008                  MERCEDES-BENZ FINSERVUSA, LLC

                            PO BOX 279319

                            SACRAMENTO                    CA
                                                          95827




      0010                  MERCEDES-BENZ FINSERVUSA, LLC

                            PO BOX 279319

                            SACRAMENTO                    CA
                                                          95827
```

```
CA T0 01 02 15                          PAGE   (CONTINUED)
PRODUCER TIS INSURANCE SERV INC  F0716  OFFICE NSHV  119
```

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-7G983468-16-SEL

INSURED'S NAME:   HED PRODUCTS, LLC                          CA TO 02 02 15
AND AS PER CA T8 00

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 2 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 3 | KNOXVILLE | TN | 37923 | | 104 | 7398 | |
| 4 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 5 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2014 | FORD TRANS | NM0LS6F7XE1150145 | 24550 | ACV | 3 |
| 2 | 2014 | NISSA NV200 | 3N6CM0KNXEK691609 | 20240 | ACV | 3 |
| 3 | 2014 | VOLKS JETTA | 3VWPL7AJ1EM615888 | 26250 | ACV | 3 |
| 4 | 2015 | FREIG SPRIN | WDYPE7DC8F5950541 | 40730 | ACV | 2 |
| 5 | 2014 | FREIG SPRIN | WDYPE8DC1E5893488 | 41980 | ACV | 3 |

| | COVERED AUTO 1 | COVERED AUTO 2 | COVERED AUTO 3 | COVERED AUTO 4 | COVERED AUTO 5 |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS | | | | | |
| LIABILITY | 1798 | 1600 | 797 | 1915 | 1896 |
| AUTO MED PAY | 94 | 94 | 35 | 94 | 94 |
| COMPREHENSIVE | 98 | 89 | 288 | 132 | 130 |
| COLLISION | 259 | 275 | 510 | 503 | 480 |
| TOTAL | 2249 | 2058 | 1630 | 2644 | 2600 |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:      1408

\* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
\*\*APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
SPV   16             PAGE   1                 001

Exhibit A



One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-7G983468-16-SEL

INSURED'S NAME:  HED PRODUCTS, LLC                    CA TO 02 02 15
AND AS PER CA T8 00

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 6 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 7 | KNOXVILLE | TN | 37923 | | 104 | 7960 | |
| 8 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 9 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 10 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 6 | 2015 | NISSA NV200 | 3N6CM0KN2FK704970 | 20720 | ACV | 2 |
| 7 | 2015 | AIRST INTER | WD3PF4CD8F5978030 | 145000 | 145000** | 1 |
| 8 | 2015 | FREIG SPRIN | WDYPE8DCXFP166338 | 47000 | ACV | 2 |
| 9 | 2015 | MERCE SPRIN | WD4PE7DC1F5998724 | 38800 | ACV | 2 |
| 10 | 2016 | MERCE METRI | WD3PG2EA9G3091733 | 34957 | ACV | 1 |

| | COVERED AUTO 6 | COVERED AUTO 7 | COVERED AUTO 8 | COVERED AUTO 9 | COVERED AUTO 10 |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS | | | | | |
| LIABILITY | 1617 | 801 | 1915 | 1653 | 1600 |
| AUTO MED PAY | 94 | 94 | 94 | 94 | 94 |
| COMPREHENSIVE | 90 | 183 | 136 | 159 | 158 |
| COLLISION | 288 | 601 | 515 | 411 | 474 |
| TOTAL | 2089 | 1679 | 2660 | 2317 | 2326 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
SPV   16          PAGE   2              001

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-7G983468-16-SEL

INSURED'S NAME:   HED PRODUCTS, LLC                         CA TO 02 02 15
                  AND AS PER CA T8 00

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 11 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |
| 12 | KNOXVILLE | TN | 37923 | | 104 | 7398 | |
| 13 | KNOXVILLE | TN | 37923 | | 104 | 7398 | |
| 14 | KNOXVILLE | TN | 37923 | | 104 | 7398 | |
| 15 | KNOXVILLE | TN | 37923 | | 104 | 03499 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 11 | 2016 | MERCE METRI | WD3PG2EAXG3103842 | 28950 | ACV | 1 |
| 12 | 2016 | TOYOT SCION | JTNKARJE9GJ514840 | 22264 | ACV | 1 |
| 13 | 2016 | TOYOT SCION | JTNKARJE8GJ504459 | 22295 | ACV | 1 |
| 14 | 2016 | TOYOT SCION | JTNKARJEXGJ503152 | 22295 | ACV | 1 |
| 15 | 2016 | TOYOT TACOM | 5TFRX5GN7GX059503 | 26525 | ACV | 1 |

| | COVERED AUTO 11 | COVERED AUTO 12 | COVERED AUTO 13 | COVERED AUTO 14 | COVERED AUTO 15 |
|---|---|---|---|---|---|
| **DEDUCTIBLES:** | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| **PREMIUMS:** | | | | | |
| COVERED AUTOS | | | | | |
| LIABILITY | 1600 | 671 | 671 | 671 | 1590 |
| AUTO MED PAY | 94 | 35 | 35 | 35 | 94 |
| COMPREHENSIVE | 154 | 234 | 234 | 234 | 111 |
| COLLISION | 459 | 614 | 614 | 614 | 584 |
| TOTAL | 2307 | 1554 | 1554 | 1554 | 2379 |

\* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
\*\*APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                    SPV   16          PAGE   3          001

Exhibit A

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-7G983468-16-SEL

INSURED'S NAME: HED PRODUCTS, LLC                    CA T0 02 02 15
AND AS PER CA T8 00

| COVERED AUTO NO | GARAGING CITY & STATE | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|
| 16 | KNOXVILLE | TN 37923 | | 104 | 03499 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 16 | 2016 | TOYOT TACOM | 5TFRX5GN2GX058291 | 25440 | ACV | 1 |

| | COVERED AUTO 16 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | | | | |
| COLLISION | 1000 | | | | |
| PREMIUMS: | | | | | |
| COVERED AUTOS | | | | | |
| LIABILITY | 1590 | | | | |
| AUTO MED PAY | 94 | | | | |
| COMPREHENSIVE | 111 | | | | |
| COLLISION | 584 | | | | |
| TOTAL | 2379 | | | | |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
SPV    16            PAGE    4                001

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** BA-7G983468-16-SEL
**ISSUE DATE:** 03-15-16

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

**COVERED AUTOS LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERED AUTOS LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR ALL STATES | PREMIUM |
|---|---|---|
| PRIMARY COVERAGE | $ | $ |
| EXCESS COVERAGE | $ | $ |
| | TOTAL HIRED AUTO PREMIUM | $ |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by the lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

**COVERED AUTOS LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS NOT USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERED AUTOS LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
|---|---|---|---|
| PRIMARY COVERAGE | | $ | $ |
| EXCESS COVERAGE | TN | $ IF ANY | $ 84 |
| | | TOTAL HIRED AUTO PREMIUM | $ 84 |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

CA T0 03 02 15                © 2015 The Travelers Indemnity Company. All rights reserved.                Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PRODUCER: F0716                Exhibit A                OFFICE:  119

**PHYSICAL DAMAGE COVERAGES – COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With a Driver) | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | TN | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1000 DEDUCTIBLE. FOR EACH COVERED AUTO. | IF ANY | $ 25 |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DEDUCTIBLE. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | $ |
| COLLISION | TN | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1000 DEDUCTIBLE. FOR EACH COVERED AUTO. | IF ANY | $ 25 |
| | | | TOTAL HIRED AUTO PREMIUM | $ 50 |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN GARAGE SERVICE OPERATIONS AND OTHER THAN SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | 0 | $ 246 |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| GARAGE SERVICE OPERATIONS | NUMBER OF EMPLOYEES WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF AUTOS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | | $ |
| | NUMBER OF VOLUNTEERS WHO REGULARLY USE AUTOS TO TRANSPORT CLIENTS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| | TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM | | $ 246 |

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T0 03 02 15

Exhibit A

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, WITH ITS
PERMISSION.  COPYRIGHT, INSURANCE
SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA TO 02

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT
   INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL
   CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION'
   OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION'
   OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
   ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
   AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS
   COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
   THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
   THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
   THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
   THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
   THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS
      COVERAGE'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.

Exhibit A


**TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/AUTO DEALERS/**
**MOTOR CARRIER COVERAGE PART**
**SUPPLEMENTARY SCHEDULE**

**POLICY NUMBER: BA-7G983468-16-SEL**
**ISSUE DATE: 03-15-16**

**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**

UNINSURED MOTORISTS          LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| TN | $ 1,000,000 | | | | |

UNDERINSURED MOTORISTS          LIMIT OF INSURANCE
(When not included in Uninsured Motorists Coverage)

| State of Principle Garaging | Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|
| | | | | |

**CA T0 30 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

Exhibit A

## TABLE OF CONTENTS

# BUSINESS AUTO COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS

Description Of Covered Auto Designation Symbols ........................................................... 1
Owned Autos You Acquire After The Policy Begins ......................................................... 2
Certain Trailers And Temporary Substitute Autos .......................................................... 2

SECTION II – COVERED AUTOS LIABILITY COVERAGE

Coverage ........................................................................................................................ 2
Who Is An Insured .......................................................................................................... 2
Coverage Extensions
  Supplementary Payments .......................................................................................... 3
  Out of State .............................................................................................................. 3
Exclusions ...................................................................................................................... 3
Limit of Insurance .......................................................................................................... 5

SECTION III – PHYSICAL DAMAGE COVERAGE

Coverage ........................................................................................................................ 6
Exclusions ...................................................................................................................... 7
Limits of Insurance ........................................................................................................ 7
Deductible ...................................................................................................................... 8

SECTION IV – BUSINESS AUTO CONDITIONS

Loss Conditions
  Appraisal For Physical Damage Loss .......................................................................... 8
  Duties in the Event Of Accident, Claim, Suit or Loss .................................................. 8
  Legal Action Against Us ............................................................................................. 8
  Loss Payment – Physical Damage Coverage .............................................................. 9
  Transfer Of Rights Of Recovery Against Others To Us ................................................. 9

General Conditions
  Bankruptcy ............................................................................................................... 9
  Concealment, Misrepresentation Or Fraud ................................................................ 9
  Liberalization ............................................................................................................ 9
  No Benefit To Bailee – Physical Damage Coverages ................................................... 9
  Other Insurance ........................................................................................................ 9
  Premium Audit .......................................................................................................... 9
  Policy Period, Coverage Territory ............................................................................. 10
  Two Or More Coverage Forms Or Policies Issued By Us ............................................ 10

SECTION V – DEFINITIONS ............................................................................................ 10

CA T0 31 02 15      © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 1 of 1

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

Exhibit A

COMMERCIAL AUTO

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011                **CA 00 01 10 13**

Exhibit A

COMMERCIAL AUTO

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

a. **Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to

pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

b. **Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits

**CA 00 01 10 13**          © Insurance Services Office, Inc., 2011          Page 3 of 12

Exhibit A

COMMERCIAL AUTO

or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph a. above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your

© Insurance Services Office, Inc., 2011          **CA 00 01 10 13**

Exhibit A

COMMERCIAL AUTO

contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

CA 00 01 10 13                    © Insurance Services Office, Inc., 2011                    Page 5 of 12

Exhibit A

COMMERCIAL AUTO

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   (3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or

© Insurance Services Office, Inc., 2011   **CA 00 01 10 13**

Exhibit A

COMMERCIAL AUTO

event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

   **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

   **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

   **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

© Insurance Services Office, Inc., 2011

Exhibit A

COMMERCIAL AUTO

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

Exhibit A

COMMERCIAL AUTO

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

CA 00 01 10 13                © Insurance Services Office, Inc., 2011                Page 9 of 12

Exhibit A

COMMERCIAL AUTO

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

    **(1)** The United States of America;

    **(2)** The territories and possessions of the United States of America;

    **(3)** Puerto Rico;

    **(4)** Canada; and

    **(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

    **1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

    **2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

    **1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **a.** That are, or that are contained in any property that is:

        **(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

        **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

        **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

Exhibit A

COMMERCIAL AUTO

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

E. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

F. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

G. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

H. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

CA 00 01 10 13                © Insurance Services Office, Inc., 2011                Page 11 of 12

Exhibit A

COMMERCIAL AUTO

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  **a.** Power cranes, shovels, loaders, diggers or drills; or

  **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

  **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **a.** Equipment designed primarily for:

    **(1)** Snow removal;

    **(2)** Road maintenance, but not construction or resurfacing; or

    **(3)** Street cleaning;

  **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

  **1.** Damages because of "bodily injury" or "property damage"; or

  **2.** A "covered pollution cost or expense";

  to which this insurance applies, are alleged.

  "Suit" includes:

  **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011 **CA 00 01 10 13**

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TENNESSEE EXCEPTION – LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided by the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

Paragraph **B.** of the **LOSS PAYABLE CLAUSE** of the **COVERAGE PART DECLARATIONS** does not apply in Tennessee.

 © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO COVERAGE PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to the Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. **BLANKET ADDITIONAL INSURED**

B. **EMPLOYEE HIRED AUTO**

C. **EMPLOYEES AS INSURED**

D. **SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

E. **TRAILERS – INCREASED LOAD CAPACITY**

F. **HIRED AUTO PHYSICAL DAMAGE**

G. **PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**

H. **AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT – INCREASED LIMIT**

I. **WAIVER OF DEDUCTIBLE – GLASS**

J. **PERSONAL PROPERTY**

K. **AIRBAGS**

L. **AUTO LOAN LEASE GAP**

M. **BLANKET WAIVER OF SUBROGATION**

A. **BLANKET ADDITIONAL INSURED**

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

Any person or organization who is required under a written contract or agreement between you and that person or organization, that is signed and executed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to be named as an additional insured is an "insured" for Covered Autos Liability Coverage, but only for damages to which this insurance applies and only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Section II.

B. **EMPLOYEE HIRED AUTO**

1. The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

An "employee" of yours is an "insured" while operating a covered "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while

performing duties related to the conduct of your business.

2. The following replaces Paragraph **b.** in **B.5., Other Insurance**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

b. For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

(1) Any covered "auto" you lease, hire, rent or borrow; and

(2) Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

C. **EMPLOYEES AS INSURED**

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

CA T4 20 02 15        © 2015 The Travelers Indemnity Company. All rights reserved.        Page 1 of 3
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

**D. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

1. The following replaces Paragraph **A.2.a.(2)** of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   (2) Up to $3,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

2. The following replaces Paragraph **A.2.a.(4)** of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

**E. TRAILERS – INCREASED LOAD CAPACITY**

The following replaces Paragraph **C.1.** of **SECTION I – COVERED AUTOS**:

1. "Trailers" with a load capacity of 3,000 pounds or less designed primarily for travel on public roads.

**F. HIRED AUTO PHYSICAL DAMAGE**

The following is added to Paragraph **A.4., Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Hired Auto Physical Damage Coverage**

If hired "autos" are covered "autos" for Covered Autos Liability Coverage but not covered "autos" for Physical Damage Coverage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

(1) The most we will pay for "loss" to any one "auto" that you hire, rent or borrow is the lesser of:

   (a) $50,000;

   (b) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (c) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

(2) An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

(3) If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

(4) A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

(5) This Coverage Extension does not apply to:

   (a) Any "auto" that is hired, rented or borrowed with a driver; or

   (b) Any "auto" that is hired, rented or borrowed from your "employee".

**G. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**

The following replaces the first sentence in Paragraph **A.4.a., Transportation Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

We will pay up to $50 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.

**H. AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT – INCREASED LIMIT**

Paragraph **C.1.b.** of **SECTION III – PHYSICAL DAMAGE COVERAGE** is deleted.

**I. WAIVER OF DEDUCTIBLE – GLASS**

The following is added to Paragraph **D., Deductible**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

No deductible for a covered "auto" will apply to glass damage if the glass is repaired rather than replaced.

**J. PERSONAL PROPERTY**

The following is added to Paragraph **A.4., Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Personal Property Coverage**

We will pay up to $400 for "loss" to wearing apparel and other personal property which is:

(1) Owned by an "insured"; and

(2) In or on your covered "auto".

This coverage only applies in the event of a total theft of your covered "auto".

No deductibles apply to Personal Property coverage.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 20 02 15

Exhibit A

COMMERCIAL AUTO

### K. AIRBAGS

The following is added to Paragraph **B.3.**, **Exclusions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

Exclusion **3.a.** does not apply to "loss" to one or more airbags in a covered "auto" you own that inflate due to a cause other than a cause of "loss" set forth in Paragraphs **A.1.b.** and **A.1.c.**, but only:

**a.** If that "auto" is a covered "auto" for Comprehensive Coverage under this policy;

**b.** The airbags are not covered under any warranty; and

**c.** The airbags were not intentionally inflated.

We will pay up to a maximum of $1,000 for any one "loss".

### L. AUTO LOAN LEASE GAP

The following is added to Paragraph **A.4.**, **Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Auto Loan Lease Gap Coverage for Private Passenger Type Vehicles**

In the event of a total "loss" to a covered "auto" of the private passenger type shown in the Schedule or Declarations for which Physical Damage Coverage is provided, we will pay any unpaid amount due on the lease or loan for such covered "auto" less the following:

**(1)** The amount paid under the Physical Damage Coverage Section of the policy for that "auto"; and

**(2)** Any:

**(a)** Overdue lease or loan payments at the time of the "loss";

**(b)** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

**(c)** Security deposits not returned by the lessor;

**(d)** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

**(e)** Carry-over balances from previous loans or leases.

### M. BLANKET WAIVER OF SUBROGATION

The following replaces Paragraph **A.5.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

**5. Transfer Of Rights Of Recovery Against Others To Us**

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of the operations contemplated by such contract. The waiver applies only to the person or organization designated in such contract.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

**CA T4 59 02 15**        © 2015 The Travelers Indemnity Company. All rights reserved.      Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENNESSEE CHANGES

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Tennessee, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A. Changes In Covered Autos Liability Coverage**

Paragraph **2.b.(4)** of the **Who Is An Insured** provision of the Auto Dealers Coverage Form does not apply.

**B. Changes In Conditions**

1. The following replaces the lead-in paragraph to the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form:

   We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

2. The **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary and Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by adding the following:

   a. When two policies providing liability insurance apply to an "auto" and:

      (1) One provides coverage to a named "insured" engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos";

      (2) The other provides coverage to a person not engaged in that business; and

      (3) At the time of an "accident" a person described in Paragraph **a.(2)** is operating an "auto" owned by the business described in Paragraph **a.(1)**, then that person's liability insurance is primary and the policy issued to a business described in Paragraph **a.(1)** is excess over any insurance available to that person.

   b. When two policies providing liability insurance apply to an "auto" and:

      (1) One provides coverage to a named "insured" engaged in the business of repairing, servicing, parking or storing "autos";

      (2) The other provides coverage to a person not engaged in that business; and

      (3) At the time of an "accident" an "insured" under the policy described in Paragraph **b.(1)** is operating an "auto" owned by a person described in Paragraph **b.(2)**, then the liability insurance policy issued to the business described in Paragraph **b.(1)** is primary and the policy issued to a person described in Paragraph **b.(2)** is excess over any insurance available to the business.

CA 01 46 10 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 1

Exhibit A

POLICY NUMBER: BA-7G983468-16-SEL

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENNESSEE LESSOR –
# ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

Insurance Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number: BA-7G983468-16-SEL          Effective Date: 03-07-16

Expiration Date: 03-07-17

Named Insured: HED PRODUCTS, LLC
AND AS PER CA T8 00

Address: 118 N. PETERS RD., #132

KNOXVILLE                     TN 37923

Additional Insured (Lessor): EAN HOLDINGS, LLC

Address: 209 SEABOARD LANE

FRANKLIN                      TN 37067

Designation Or Description Of "Leased Autos":

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|
| 14 | 15 | 16 | | | | | | | | | | |

| Coverages | | Limit Of Insurance | |
|---|---|---|---|
| Covered Autos Liability | $ 1,000,000 | Each "Accident" | |
| Comprehensive | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus | | |
| | $ See CA T0 02 | Deductible For Each Covered "Leased Auto" | |
| Collision | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus | | |
| | $ See CA T0 02 | Deductible For Each Covered "Leased Auto" | |
| Specified Causes Of Loss | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus | | |
| | $ | Deductible For Each Covered "Leased Auto" | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CA 04 30 10 13                 © Insurance Services Office, Inc., 2012                 Page 1 of 2

Exhibit A

COMMERCIAL AUTO

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covering the interest of the lessor will not be invalidated because of your intentional acts or omissions.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© Insurance Services Office, Inc., 2012

Exhibit A

**CA 04 30 10 13**

POLICY NUMBER: BA-7G983468-16-SEL

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENNESSEE UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Tennessee, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| "Bodily Injury" and "Property Damage" | $ | | Each "Accident" |
|---|---|---|---|
| | | or | |
| "Bodily Injury" | $ SEE CAT030 | Each "Accident" | |

This endorsement provides "bodily injury" and "property damage" Uninsured Motorists Coverage unless an "X" is entered below.

☐ If an "X" is entered in this box, this endorsement provides "bodily injury" Uninsured Motorists Coverage only.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured", or "property damage" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies has been exhausted by payments of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle" and we have been given written notice of such tentative settlement as described in Paragraph **E.4.b.**

3. Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service

**CA 21 20 10 13**

© Insurance Services Office, Inc., 2012

Page 1 of 5

Exhibit A

COMMERCIAL AUTO

because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**c.** The Named Insured for "property damage" only.

**C. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. "Bodily injury" sustained by:

   **a.** The individual Named Insured while "occupying" or when struck by a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form.

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form.

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

5. Property contained in or struck by any vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member" which is not a covered "auto".

6. The first $200 of the amount of "property damage" to the property of each "insured" as the result of any one "accident". This exclusion does not apply if:

   **a.** We insure the Named Insured's covered "auto" for both collision and uninsured

motorists "property damage" coverage; and

**b.** The operator of the "uninsured motor vehicle" is positively identified and is solely at fault.

7. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

9. Punitive or exemplary damages.

10. "Bodily injury" or "property damage" arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule.

2. The most we will pay for all damages resulting from "bodily injury" to an "insured" when the "insured" is "occupying" an "auto" not owned by the "insured", or is not "occupying" any "auto", is the highest limit of Uninsured Motorists Coverage on an "auto" owned by the "insured".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, and any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

© Insurance Services Office, Inc., 2012         **CA 21 20 10 13**

Exhibit A

COMMERCIAL AUTO

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation law, disability benefits or similar law.

4. We will not pay for a loss which is paid or payable under Physical Damage Coverage.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   a. If there is other applicable insurance available under one or more Coverage Forms, policies or provisions of coverage, the maximum recovery for damages under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy providing coverage.

   b. Subject to Paragraph **a.,** with respect to "bodily injury" to an "insured":

      (1) While not "occupying" a vehicle, only the Uninsured Motorists Coverage applicable to a vehicle, under which the injured person is an "insured", that provides the highest limit of Uninsured Motorists Coverage, will apply. No other Coverage Form, policy or provision of coverage with lesser limits of Uninsured Motorists Coverage will apply. If two or more Coverage Forms, policies or provisions of coverage provide the highest limit of Uninsured Motorists Coverage, they will share the loss equally.

      (2) While "occupying" a vehicle owned by that "insured", only the Uninsured Motorists Coverage applicable to that vehicle will apply, and no other Coverage Form, policy or provision of coverage will apply.

      (3) While "occupying" a vehicle not owned by that "insured", the following will be the priorities of recovery:

| First Priority | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | If the first priority is exhausted, only the Coverage Form, policy or provision of coverage applicable to a vehicle under which the "insured" is a named "insured", that provides the highest limit of Uninsured Motorists Coverage. |
| Third Priority | If the first and second priorities are exhausted, only the Coverage Form, policy or provision of coverage applicable to a vehicle under which the "insured" is other than a named "insured", that provides the highest limit of Uninsured Motorists Coverage. |

If two or more Coverage Forms, policies or provisions of coverage in the second or third priority provide the highest limit of Uninsured Motorists Coverage, they will equally share the loss applicable to that priority. No Coverage Forms, policies or provisions of coverage with lesser limits of Uninsured Motorists Coverage will apply to the second or third priority.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved.

   b. Promptly send us copies of the legal papers if a suit is brought.

   c. A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph **F.2.c.(2)** of the definition of "uninsured motor vehicle" must notify us in writing of a tentative settlement between the "insured" and the insurer as described in Paragraph **E.4.b.** and allow us, within 30 days of receipt of both notices, to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

© Insurance Services Office, Inc., 2012

Exhibit A

COMMERCIAL AUTO

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle", for which we have been notified in accordance with Paragraph **A.2.b.,** to which we:

a. Consent to the tentative settlement; or

b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

b. We also have a right to recover the advance payment, unless judgment is rendered in favor of the owner or operator of an "uninsured motor vehicle".

4. The following is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or operator of an "uninsured motor vehicle", or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated and shall be decided by a court of competent jurisdiction.

b. If a tentative settlement is made between an "insured" and the insurer, owner or operator of the "uninsured motor vehicle" for the full limits of all liability policies or bonds available to the party on whose behalf the tentative settlement is made, and:

(1) We receive written notice from the "insured", sent certified mail return receipt requested or by some other method with written verification, of the "insured's":

(a) Intent to accept the offer thereby releasing the party on whose behalf the offer is made; and

(b) Agreement to submit the uninsured motorists claim to binding arbitration.

(2) We receive written notice from the insurer of the "uninsured motor vehicle", sent certified mail return receipt requested or by some other method with written verification of the offer, and such insurer:

(a) Provides verification of coverage upon request; and

(b) Confirms to us that the owner or operator of the "uninsured motor vehicle" agrees to cooperate in connection with the arbitration of the uninsured motorists claim;

(3) We consent to the tentative settlement in writing, sent certified mail return receipt requested or by some other method with written verification, within 30 days from receipt of both notices described in Paragraphs **(1)** and **(2)** above, thereby waiving our right to recover payment from the owner or operator of an "uninsured motor vehicle" in exchange for their written agreement to cooperate in connection with the arbitration;

then all issues of tort liability and damages arising out of the ownership, maintenance or use of the "uninsured motor vehicle" shall be arbitrated. However, if the settlement does not release all parties alleged to be liable to the "insured", arbitration of the uninsured motorists claim shall not be conducted until all such parties have been fully and finally disposed by settlement, final judgment or otherwise.

c. We and an "insured" must agree to arbitration and to be bound by the results of that arbitration. In this event, both parties will agree on an arbitrator. If they cannot agree, either party may request that a judge of a court of record for the county where arbitration is pending designate

© Insurance Services Office, Inc., 2012

**CA 21 20 10 13**

Exhibit A

COMMERCIAL AUTO

three (3) potential arbitrators; the parties shall then agree upon one of the three.

**d.** Unless we and an "insured" agree otherwise, arbitration will be in the county in which the "insured" lives. Rules of evidence applicable to the state courts where the arbitration is conducted will apply.

**e.** The arbitrator's expense will be paid by:

**(1)** The "insured", if the arbitrator's award is less than or equal to the total amount collected by the "insured" from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration; or

**(2)** Us, if the arbitrator's award exceeds the total amount collected by the "insured" from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Property damage" means injury or destruction of:

**a.** A covered "auto";

**b.** Property contained in the covered "auto" and owned by the Named Insured or, if the Named Insured is an individual, any "family member"; or

**c.** Property contained in the covered "auto" and owned by anyone else "occupying" the covered "auto".

**2.** The following are added to the **Definitions** section:

**a.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**b.** "Occupying" means in, upon, getting in, on, out or off.

**c.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**(1)** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**(2)** That is an underinsured motor vehicle. An underinsured motor vehicle is

a land motor vehicle or "trailer" for which the sum of the limits of liability available for payment to an "insured" under all policies, bonds and securities applicable at the time of the accident:

**(a)** Is less than the Limit of Insurance for this coverage;

**(b)** Has been reduced by payments to persons other than the "insured" to an amount which is less than the limit of liability for this coverage;

**(3)** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**(4)** For which neither the driver nor owner can be identified. The vehicle or "trailer" must either:

**(a)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(b)** Cause "bodily injury" or "property damage" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

If there is no physical contact with such vehicle or "trailer", the facts of the "accident" must be proven by clear and convincing evidence. We will only accept corroborating evidence of the claim other than the evidence provided by occupants in the covered "auto" or in the vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**(1)** Owned by, or furnished or available for the Named Insured's regular use or, if the Named Insured is an individual, that of any "family member";

**(2)** Owned or operated by a self-insurer under any applicable motor vehicle law, except as a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**(3)** Designed for use mainly off public roads while not on public roads; or

**(4)** While located for use as a premises.

CA 21 20 10 13                    © Insurance Services Office, Inc., 2012                    Page 5 of 5

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes

of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

## D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

CA 99 03 10 13     © Insurance Services Office, Inc., 2011     Page 1 of 2

Exhibit A

COMMERCIAL AUTO

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms

and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011    **CA 99 03 10 13**

Exhibit A

POLICY NUMBER: BA-7G983468-16-SEL

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

The insurance provided by this endorsement is reduced by the following deductible(s):

| Vehicle Number | Coverage | Limit Of Insurance And Deductible | Premium |
|---|---|---|---|
| SEE SCHEDULE | $ | Limit Of Insurance $ | |
| | $ | Deductible | |
| | $ | Limit Of Insurance $ | |
| | $ | Deductible | |
| | $ | Limit Of Insurance $ | |
| | $ | Deductible | |
| | | Total Premium $ | |

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

**Designation Or Description Of Covered "Autos"**

| Vehicle Number | Model Year | Trade Name And Model |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage – Limits Of Insurance** is replaced by the following:

**Limits Of Insurance**

1. The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss";

**b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

**c.** The Limit Of Insurance shown in the Schedule.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

CA 99 28 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 2

Exhibit A

COMMERCIAL AUTO

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**C. Deductible**

**1.** For each covered "auto", our obligation to pay:

    **a.** The actual cash value of the damaged or stolen property as of the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

    **b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

    **c.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule.

**2.** Any Comprehensive Coverage Deductible shown in the Schedule does not apply to "loss" caused by fire or lightning.

© Insurance Services Office, Inc., 2011

**CA 99 28 10 13**

Exhibit A

POLICY NUMBER: **BA-7G983468-16-SEL**

COMMERCIAL AUTO
ISSUE DATE: **03-15-16**

# SCHEDULE EXTENSION
### This is an extension of CA 99 28 10 13

### STATED AMOUNT INSURANCE

| VEHICLE NUMBER | COVERAGE | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| 7 | COMPREHENSIVE | 145,000 | PREMIUM SHOWN IN |
| 7 | COLLISION | 145,000 | SCHEDULE OF COVERED AUTOS YOU OWN |

**CA 99 28 SCHED**

Page 1 of 1

Exhibit A

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 00 03 16

POLICY NUMBER   BA-7G983468-16-SEL

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

NAMED INSURED

IT IS AGREED THAT:

HED PRODUCTS, LLC
DBA HYPE ENERGY USA
HED INNOVATIONS, LLC
HEC INNOVATIONS, LLC
STARBOARD FLORIDA XI, LLC

EFFECTIVE DATE   03-07-16    EXPIRATION DATE   03-07-17
PAGE 0001    DATE OF ISSUE   03-15-16

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE HOMES CONTENTS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Physical Damage Coverage** for a covered "auto" that is a mobile home is changed by adding the following exclusions:

This insurance does not apply to:

1.  "Loss" to the covered "auto's" contents, except equipment usual to trucks or private passenger "autos".

2.  "Loss" to TV antennas, awnings or cabanas.

3.  "Loss" to equipment designed to create added living facilities.

CA 20 17 10 13                © Insurance Services Office, Inc., 2011                Page 1 of 1

Exhibit A

# INTERLINE
# ENDORSEMENTS

Exhibit A



# INTERLINE
# ENDORSEMENTS

Exhibit A

POLICY NUMBER: BA-7G983468-16-SEL                    ISSUE DATE: 03-15-16

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED ENTITY – NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:
   ALL COVERAGE PARTS INCLUDED IN THIS POLICY

### SCHEDULE

**CANCELLATION:**          **Number of Days Notice of Cancellation:** <u>30</u>

**PERSON OR ORGANIZATION:**
HED PRODUCTS, LLC

**ADDRESS:**
118 N. PETERS RD., #132

KNOXVILLE, TN 37923

**PROVISIONS:**

If we cancel this policy for any statutorily permitted reason other than nonpayment of premium, and a number of days is shown for cancellation in the schedule above, we will mail notice of cancellation to the person or organization shown in the schedule above. We will mail such notice to the address shown in the schedule above at least the number of days shown for cancellation in the schedule above before the effective date of cancellation.

**IL T4 05 03 11**            © 2011 The Travelers Indemnity Company. All rights reserved.            Page 1 of 1

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

© 2014 The Travelers Indemnity Company. All rights reserved.

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

**IL 00 21 09 08**              © ISO Properties, Inc., 2007              Page 1 of 2

Exhibit A

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

**IL 00 21 09 08**

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENNESSEE CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

The refund will be pro rata if:

**a.** We cancel; or

**b.** The policy is cancelled at the request of a premium finance company that has financed this policy under a premium finance agreement.

The refund may be less than pro rata if the first Named Insured cancels the policy.

The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE**

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** Nonpayment of premium, including any additional premium, calculated in accordance with our current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

**2.** Your conviction of a crime increasing any hazard insured against;

**3.** Discovery of fraud or material misrepresentation on the part of either of the following:

**a.** You or your representative in obtaining this insurance; or

**b.** You in pursuing a claim under this policy;

**4.** Failure to comply with written loss control recommendations;

**5.** Material change in the risk which increases the risk of loss after we issued or renewed insurance coverage;

**6.** Determination by the insurance commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of Tennessee or any other state;

**7.** Your violation or breach of any policy terms or conditions; or

**8.** Other reasons that are approved by the insurance commissioner.

Notice of cancellation will state the reason for cancellation.

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and agent, at least 60 days before the expiration date unless:

**a.** We have offered to issue a renewal policy; or

IL 02 50 09 08 © ISO Properties, Inc., 2007 Page 1 of 2

Exhibit A

**b.** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's addresses shown in the policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** The following is added to the **Premiums** Common Policy Condition:

Whenever an insurance policy which is financed with a premium finance company is cancelled, the insurer shall return, within 30 days after the effective date of the cancellation, whatever gross unearned premiums are due under the insurance policy directly to the premium finance company for the account of the first Named Insured.

© ISO Properties, Inc., 2007

**IL 02 50 09 08**

Exhibit A



**TRAVELERS**
11440 CARMEL COMMONS BLVD
CHARLOTTE   NC          28226

**LENDER'S CERTIFICATE OF**
**INSURANCE — FORM A**
Issue Date: 03-15-16

1. **CERTIFICATE HOLDER:**

   Policy Number: **BA-7G983468-16-SEL**

   MERCEDES-BENZ FINSERVUSA, LLC

   P.O. BOX 279319

   SACRAMENTO          CA 95827

2. **NAMED INSURED:** HED PRODUCTS, LLC
   AND AS PER CA T8 00
   118 N. PETERS RD., #132

   KNOXVILLE          TN 37923

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 03-07-16   to   03-07-17

5. **INSURING COMPANY:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

6. **INSURANCE**

   Vehicles      -  The policy names the Certificate Holder as a Loss Payee
                    according to its Loss Payable Clause (see item 7. Special
                    Provisions), for the vehicles described below:

   Coverages:       A = Comprehensive
                    B = Specified Perils
                    C = Collision

   DESIGNATED VEHICLE(S)                        COVERAGES AND DEDUCTIBLE
   2015 FREIGHTLINER     WDYPE7DC8F5950541       A - $ 1000   C - $ 1000

IL T0 10 12 86                                                          Page 1 of 2

Exhibit A

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**

Policy Number: **BA-7G983468-16-SEL**

7. **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

A. We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8. **NOTICE OF CANCELLATION –** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS –** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____

Authorized Representative

**IL T0 10 12 86**

Page 2 of 2

Exhibit A



**TRAVELERS**
11440 CARMEL COMMONS BLVD
CHARLOTTE  NC          28226

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 03-15-16

**1. CERTIFICATE HOLDER:**

Policy Number: **BA-7G983468-16-SEL**

CLAYTON BANK AND TRUST (STORE 9)

P.O. BOX 2306

KNOXVILLE          TN 37901

**2. NAMED INSURED:** HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN 37923

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

**4. POLICY PERIOD:** 03-07-16  to  03-07-17

**5. INSURING COMPANY:**  TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**6. INSURANCE**

Vehicles        -   The policy names the Certificate Holder as a Loss Payee
according to its Loss Payable Clause (see item 7. Special
Provisions), for the vehicles described below:

Coverages:        A = Comprehensive
B = Specified Perils
C = Collision

DESIGNATED VEHICLE(S)                    COVERAGES AND DEDUCTIBLE
2014 FREIGHTLINER     WDYPE8DC1E5893488    A - $  1000    C - $  1000

IL T0 10 12 86                                                          Page 1 of 2

Exhibit A

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**

Policy Number: BA-7G983468-16-SEL

7. **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

A. We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____

Authorized Representative

**IL T0 10 12 86**

Page **2** of **2**

Exhibit A


**TRAVELERS**
11440 CARMEL COMMONS BLVD
CHARLOTTE   NC          28226

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 03-15-16

1. **CERTIFICATE HOLDER:**

Policy Number: BA-7G983468-16-SEL

MERCEDES-BENZ FINSERVUSA, LLC

PO BOX 279319

SACRAMENTO          CA 95827

2. **NAMED INSURED:** HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN 37923

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 03-07-16   to   03-07-17

5. **INSURING COMPANY:**   TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

6. **INSURANCE**

Vehicles          -   The policy names the Certificate Holder as a Loss Payee according to its Loss Payable Clause (see item 7. Special Provisions), for the vehicles described below:

Coverages:          A = Comprehensive
B = Specified Perils
C = Collision

DESIGNATED VEHICLE(S)                    COVERAGES AND DEDUCTIBLE
2015 FREIGHTLINER     WDYPE8DCXFP166338      A - $  1000    C - $  1000

IL T0 10 12 86                                                        Page 1 of 2

Exhibit A

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**

Policy Number: BA-7G983468-16-SEL

7. **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

A. We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____

Authorized Representative

**IL T0 10 12 86**

Page **2** of **2**

Exhibit A



**TRAVELERS**
11440 CARMEL COMMONS BLVD
CHARLOTTE  NC          28226

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 03-15-16

**1.  CERTIFICATE HOLDER:**                     Policy Number: **BA-7G983468-16-SEL**

    MERCEDES-BENZ FINSERVUSA, LLC

    PO BOX 279319

    SACRAMENTO              CA 95827


**2.  NAMED INSURED:**  HED PRODUCTS, LLC
                 AND AS PER CA T8 00
                 118 N. PETERS RD., #132

             KNOXVILLE            TN 37923

**3.  CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements,  terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

**4.  POLICY PERIOD:** 03-07-16   to   03-07-17

**5.  INSURING COMPANY:**   TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**6.  INSURANCE**

    Vehicles        -  The policy names the Certificate Holder as a Loss Payee
                       according to its Loss Payable Clause (see item 7. Special
                       Provisions), for the vehicles described below:

    Coverages:         A = Comprehensive
                       B = Specified Perils
                       C = Collision


 DESIGNATED VEHICLE(S)                          COVERAGES AND DEDUCTIBLE
 2016 MERCEDES-BENZ     WD3PG2EA9G3091733        A - $  1000    C - $  1000


**IL T0 10 12 86**                                                   Page 1 of 2

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**

Policy Number: **BA-7G983468-16-SEL**

7. **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

**A.** We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____
Authorized Representative

**IL T0 10 12 86**

Page **2** of **2**

Exhibit A

## POLICYHOLDER NOTICES

Exhibit A

# POLICYHOLDER NOTICES

Exhibit A

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                            Page 1 of 1

Exhibit A

POLICY NUMBER: **BA-7G983468-16-SEL**

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|------|-------|---------------|----------------|----------------|

**CA A1 05 02 15**

Exhibit A

POLICY NUMBER:  BA-7G983468-16-SEL

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us.
Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs
modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and
send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|------|-------|--------|
| KNIGHT | JESSICA | ☐ |
| CARMICHAELEL | CHAD | ☐ |
| LIVINGSTON | ROBERT | ☐ |
| SHANKLE | LEX | ☐ |
| WELLS | JAMESON | ☐ |
| REED | ROSALIE | ☐ |
| MCCREADY | KEVIN | ☐ |
| JANSHESKI | MICHAEL | ☐ |
| BAUMGARTNER | JAMIE | ☐ |
| BRUMITTE | CHARLES | ☐ |
| CUMMINGS | MATTHEW | ☐ |
| FUGATE | ASHLEE | ☐ |
| HOOD | DOROTHY | ☐ |
| JONES | CHAD | ☐ |
| KIDD | JUSTIN | ☐ |
| KNIGHT | JOSH | ☐ |
| SPIVA | STEVEN | ☐ |
| STOUT | SUSAN | ☐ |
| STUBB | SEAN | ☐ |
| THOMPSON | HEATHER | ☐ |

CA A1 05 02 15

Exhibit A

POLICY NUMBER: **BA-7G983468-16-SEL**

COMMERCIAL AUTO
ISSUE DATE: 03-15-16

### DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

### CURRENT DRIVERS

| LAST | FIRST | DELETE |
|------|-------|--------|
| TURNER | SPENCER | ☐ |
| WHITEHEAD | KARIANNE | ☐ |
| JANSHESKI | JOHN | ☐ |
| LOVELL | BRADLEY | ☐ |
| NEWSOME | KAITLYN | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

**CA A1 05 02 15**

Exhibit A

**TENNESSEE INSURANCE IDENTIFICATION CARD**

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | TOYOT SCION | JTKARXCJ503152 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS

CAIDTN New 12-01

---

**TENNESSEE INSURANCE IDENTIFICATION CARD**

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | TOYOT SCION | JTKARXCJ504459 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS

CAIDTN New 12-01

---

**TENNESSEE INSURANCE IDENTIFICATION CARD**

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | TOYOT TACOM | 5TFRX5GN2GX058291 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS

CAIDTN New 12-01

---

**TENNESSEE INSURANCE IDENTIFICATION CARD**

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | TOYOT TACOM | 5TFRX5GN7GX059503 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE          TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS

CAIDTN New 12-01

Exhibit A

**IN CASE OF AN ACCIDENT**
- Call Travelers immediately.
  1-800-238-6225

- Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
- Do not assume responsibility for accident.
- Call police.
- Protect against further damage.
- Request medical assistance, if required.
- Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
- Call Travelers immediately.
  1-800-238-6225

- Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
- Do not assume responsibility for accident.
- Call police.
- Protect against further damage.
- Request medical assistance, if required.
- Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
- Call Travelers immediately.
  1-800-238-6225

- Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
- Do not assume responsibility for accident.
- Call police.
- Protect against further damage.
- Request medical assistance, if required.
- Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
- Call Travelers immediately.
  1-800-238-6225

- Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
- Do not assume responsibility for accident.
- Call police.
- Protect against further damage.
- Request medical assistance, if required.
- Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

Exhibit A

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | MERCE METRI | WD3PG2EA9G3091733 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE                    TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01

TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2015 | MERCE SPRIN | WD4PE7DC1F5998724 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE                    TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01

TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | TOYOT SCION | JTNKARJE9G3514840 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE                    TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01

TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G983468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2016 | MERCE METRI | WD3PG2EAXG3103842 |

Insured  HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE                    TN  37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01

TRAVELERS J

Exhibit A

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                          Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                          Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                          Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                          Travelers, One Tower Square, Hartford, CT 06183

Exhibit A

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G9N3468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2015 | NISSA NV200 | 3N6CM0KN2FK704970 |

Insured   HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE              TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01                    TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G9N3468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2014 | FREIG SPRIN | WDYPE8DC1E5893488 |

Insured   HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE              TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01                    TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G9N3468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2015 | FREIG SPRIN | WDYPE8DCKF216633B |

Insured   HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE              TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01                    TRAVELERS J

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-7G9N3468-16-SEL | 03-07-16 | 03-07-17 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2015 | AIRST INTER | WD3PF4C08F5978030 |

Insured   HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE              TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

CAIDTN New 12-01                    TRAVELERS J

Exhibit A

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                        Travelers. One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                        Travelers. One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                        Travelers. One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
· Call Travelers immediately.
  1-800-238-6225

· Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
· Do not assume responsibility for accident.
· Call police.
· Protect against further damage.
· Request medical assistance, if required.
· Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                        Travelers. One Tower Square, Hartford, CT 06183

Exhibit A

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number
BA-7G983468-16-SEL

Effective Date
03-07-16

Expiration Date
03-07-17

Year 2014
Make/Model NISSA NV200

Vehicle Identification Number
3N6CM0KN6EK691609

Insured HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE        TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS J

CAIDTN New 12-01

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number
BA-7G983468-16-SEL

Effective Date
03-07-16

Expiration Date
03-07-17

Year 2014
Make/Model FORD TRANS

Vehicle Identification Number
NM0LS6F7XE1150145

Insured HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE        TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS J

CAIDTN New 12-01

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number
BA-7G983468-16-SEL

Effective Date
03-07-16

Expiration Date
03-07-17

Year 2015
Make/Model FREIG SPRIN

Vehicle Identification Number
WDYPE7DC8F5950541

Insured HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE        TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS J

CAIDTN New 12-01

---

## TENNESSEE INSURANCE IDENTIFICATION CARD

A policy of insurance meeting the requirements of the Tennessee Financial Responsibility Law of 1977 has been issued.

Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number
BA-7G983468-16-SEL

Effective Date
03-07-16

Expiration Date
03-07-17

Year 2014
Make/Model VOLKS JETTA

Vehicle Identification Number
3VWD17AJ1D8615888

Insured HED PRODUCTS, LLC
AND AS PER CA T8 00
118 N. PETERS RD., #132

KNOXVILLE        TN 37923

THIS CARD SHOULD BE KEPT IN THE INSURED MOTOR
VEHICLE FOR PRESENTATION UPON DEMAND.

TRAVELERS J

CAIDTN New 12-01

Exhibit A

**IN CASE OF AN ACCIDENT**
• Call Travelers immediately.
 1-800-238-6225

• Be sure to get name and address of each driver, passenger, and witness;
 and insurance company and policy number for each vehicle involved.
• Do not assume responsibility for accident.
• Call police.
• Protect against further damage.
• Request medical assistance, if required.
• Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
• Call Travelers immediately.
 1-800-238-6225

• Be sure to get name and address of each driver, passenger, and witness;
 and insurance company and policy number for each vehicle involved.
• Do not assume responsibility for accident.
• Call police.
• Protect against further damage.
• Request medical assistance, if required.
• Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
• Call Travelers immediately.
 1-800-238-6225

• Be sure to get name and address of each driver, passenger, and witness;
 and insurance company and policy number for each vehicle involved.
• Do not assume responsibility for accident.
• Call police.
• Protect against further damage.
• Request medical assistance, if required.
• Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

**IN CASE OF AN ACCIDENT**
• Call Travelers immediately.
 1-800-238-6225

• Be sure to get name and address of each driver, passenger, and witness;
 and insurance company and policy number for each vehicle involved.
• Do not assume responsibility for accident.
• Call police.
• Protect against further damage.
• Request medical assistance, if required.
• Only discuss the accident with police officers or Travelers representatives.

CAIDTN (Back)                    Travelers, One Tower Square, Hartford, CT 06183

Exhibit A



## SUPPLEMENTARY COMMERCIAL AUTOMOBILE APPLICATION

# TENNESSEE

*(To be completed and signed by Named Insured)*

| NAME: | HED PRODUCTS, LLC AND AS PER CA T8 00 |
|---|---|
| ADDRESS: | 118 N. PETERS RD., #132 |
| | KNOXVILLE                    TN 37923 |

### PROTECTION AGAINST UNINSURED MOTORISTS

Uninsured Motorists coverage provides protection against damages for bodily injury which an insured is legally entitled to recover from the owner or driver of a motor vehicle: 1) for which there is no insurance; 2) is a hit-and-run vehicle; 3) whose insurer becomes insolvent or denies coverage; or 4) for which the sum of the limits of liability available to the insured is less than, or reduced by payments to persons other than the insured to an amount less than, the applicable limits of Uninsured Motorists coverage provided to the insured under your policy. Your Uninsured Motorists coverage may also provide protection for property damage to either the insured vehicle or property owned by an insured while in the insured vehicle. Refer to your policy for the prevailing coverage provisions.

In accordance with the laws of Tennessee, your automobile liability or motor vehicle policy shall <u>automatically</u> include Uninsured Motorists coverage for damages for bodily injury at the same limits as the Bodily Injury Liability policy limits, unless you reject said coverage or select lower limits, below.

If you purchase Uninsured Motorists coverage for bodily injury, we are required to provide you with the opportunity to purchase Uninsured Motorists coverage for property damage in an amount not to exceed the Property Damage Liability policy limits. Property damage is subject to a $200 deductible.

Your selection of limits for Uninsured Motorists coverage may not be less than the Minimum Financial Responsibility Limits of $25,000 each person/$50,000 each accident for bodily injury or $15,000 each accident for property damage; or $60,000 each accident combined single limit (CSL).

Please indicate how you wish your coverage to apply by checking the proper box and signing the space below.

☐ I wish to <u>reject</u> Uninsured Motorists coverage for bodily injury and for property damage.

☐ I wish to <u>reject</u> Uninsured Motorists property damage coverage, but I wish to <u>select</u> Uninsured Motorists coverage for bodily injury at Minimum Financial Responsibility Limits of $25,000 each person/$50,000 each accident; or $60,000 each accident, single limit. The Uninsured Motorists coverage limits will be either split (each person/each accident) or single limit, consistent with the Bodily Injury Liability limits on your policy.

☐ I wish to <u>reject</u> Uninsured Motorists property damage coverage, but I wish to <u>select</u> Uninsured Motorists coverage for bodily injury at limits equal to the Bodily Injury Liability limits.

☐ I wish to <u>reject</u> Uninsured Motorists property damage coverage, but I wish to <u>select</u> Uninsured Motorists coverage for bodily injury in the following limit: (Specify)

| | |
|---|---|
| ☐ $100,000 each accident | ☐ $500,000 each accident |
| ☐ $250,000 each accident | ☐ $750,000 each accident |
| ☐ $300,000 each accident | ☐ $1,000,000 each accident |
| ☐ $350,000 each accident | ☐ $_____ |

☐ I wish to <u>select</u> Uninsured Motorists coverage for bodily injury <u>and</u> property damage at Minimum Financial Responsibility Limits of $25,000 each person/$50,000 each accident for bodily injury and $15,000 each accident for property damage; or $60,000 each accident combined single limit (CSL). The Uninsured Motorists coverage limits will be either split (each person/each accident) or combined single limit (CSL), consistent with the Liability limits on your policy.

☐ I wish to <u>select</u> Uninsured Motorists coverage for bodily injury <u>and</u> property damage at limits equal to the Liability limits.

☐ I wish to <u>select</u> both Uninsured Motorists coverage for bodily injury <u>and</u> property damage in the following limit: (Specify)

   ☐ $65,000 each accident (CSL)

   ☐ $100,000 each accident (CSL)

   ☐ $250,000 each accident (CSL)

   ☐ $300,000 each accident (CSL)

   ☐ $350,000 each accident (CSL)

   ☐ $500,000 each accident (CSL)

   ☐ $750,000 each accident (CSL)

   ☐ $1,000,000 each accident (CSL)

   ☐ $_____

I understand that my coverage election shall apply on the policy or policies in effect at the time this form is executed and all future renewal policies until I notify the Company IN WRITING of any changes.

My signature below, and/or payment of any premium, evidences my actual knowledge and understanding of the availability of these benefits and limits as well as the benefits and limits I have selected, rejected or accepted by default.

| SIGNATURE OF NAMED INSURED | DATE |
|---|---|
|  |  |

**UI TN 10 08 08**                                                                                           Page 2 of 2

Exhibit A

```
                              POLICY OVERPRINT    PAGE 1 OF 1

                              POLICY NUMBER: BA-7G983468-16-SEL

                              RATER: BP13    ISSUE DATE: 03/15/16

                              NON-DURABLE B GOODS - MEDIUM HAZARD


                              EFFECTIVE DATE:  03/07/16
                              EXPIRATION DATE: 03/07/17


INSUREDS NAME: HED PRODUCTS, LLC
              AND AS PER CA TB 00

              NEW/RENEWAL: N                 PAYMODE: B

              SOLICITOR CODE:                AUDIT FREQUENCY: N

              SAI: 9012G1201                 RESPONSIBILITY: I

              MSI: M                         WATCH FILE: 0

              RATING MODE: G                 SURVEY CODE: 2

              SPECIAL CODE:                  REINSURANCE: N

              PROGRAM CODE: W15              AUTO FILINGS: N

              FEDERAL TAX ID:
```

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|---------------|-----------|-----------|-------------|-----------|
| D    |               |           | 36,078.00 | 0.00        | 36,078.00 |
|      |       TOTAL:  |           | 36,078.00 | 0.00        | 36,078.00 |

```
OFFICE: NASHVILLE            119
PRODUCER NAME: TIS INSURANCE SERV INC            F0716
```

Exhibit A



PREMIUM SPLIT FORM    PAGE  1 OF  1

POLICY NUMBER: BA-7G983468-16-SEL

RATER: BP13    ISSUE DATE: 03/15/16

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM .1500 PREM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| | | 36078 | | | |

OFFICE: NASHVILLE            119
PRODUCER NAME: TIS INSURANCE SERV INC          F0716

Exhibit A

AUTOMOBILE PREMIUM SUMMARY

POLICY NUMBER: BA-7G983468-16-SEL

EFFECTIVE DATE:  03/07/16

EXPIRATION DATE: 03/07/17

| | | |
|---|---|---|
| LIABILITY | $ | 22715 |
| AUTO MEDICAL PAYMENTS | $ | 1268 |
| UNINSURED MOTORISTS | $ | 1408 |
| COMPREHENSIVE COVERAGE | $ | 2566 |
| COLLISION COVERAGE | $ | 7810 |
| ADDITIONAL COVERAGE PREMIUMS | $ | 311 |

OFFICE: NSHV          119
PRODUCER NAME: TIS INSURANCE SERV INC       F0716

Exhibit A

POLICY NUMBER: BA-7G983468-16-SEL

# TRAVELERS RATING MODIFICATION REPORT

ANALYST WORKSHEET

| NAME INSURED HED PRODUCTS, LLC AND AS PER CA T8 00 | AGENCY TIS INSURANCE SERV INC P O BOX 10328 | F0716 |
|---|---|---|
| EFFECTIVE DATE: 03-07-16 | KNOXVILLE | TN 379390328 |

| SCHEDULE/PMP MODIFICATION Risk characteristics – document reasons | ENTER A CREDIT AS A NEGATIVE DECIMAL/ ENTER A DEBIT AS A POSTIVE DECIMAL EXAMPLE: 15% CREDIT = -.15 |
|---|---|

| LINE CODES | LIAB. | PHYS. DAM. |
|---|---|---|
| A. Management – Cooperation in matters of safety and safeguarding insured property | | |
| B. Employees – Selection, training, supervision and experience | | |
| C. Equipment – Type, condition, servicing of vehicles risk's own repair facilities, safety equipment, and driver's reports on vehicle conditions | | |
| D. Loss Prevention – Periodic self-inspections, periodic safety meeting with employees, Programs distribution of safety literature, accident reports and accident records. | | |
| E. Financial Status – Adequate working capital, financial solvency, financial stability | | |
| F. Classification Peculiarities | | |
| G. Protection Not Otherwise Recognized | | |
| H. Dispersion or Concentration of Values Insured (**Not applicable**) | | |
| I. Schedules, routes and practices (Character, number and oversight) | | |
| S. Total of Lines A through I | | |
| D. Experience Modification | -0.084 | -0.480 |
| X. Expense Modification (including Agents Commission Contribution) | | |

| OFFICE: | DATE: 03-15-16 | |
|---|---|---|
| ANALYST SIGNATURE | | CL MANAGER SIGNATURE |
| | | |

COMMENTS:

NOTE: PREMIUM MODIFICATION PLAN WAS CONSIDERED BUT DID NOT APPLY BASED ON THE CHARACTERISTICS OF THE ACCOUNT.

CA T3 06 01 15          © 2014 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

Exhibit A

COMMERCIAL AUTOMOBILE POLICY

PRICING MODIFICATIONS

FOR POLICY NUMBER: BA-7G983468-16-SEL

INSURED'S NAME:  HED PRODUCTS, LLC
                 AND AS PER CA T8 00

STATE: ALL
                         INSURING COMPANY
LIABILITY:       TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
PHYSICAL DAMAGE: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

THE TOTAL MOD COLUMN CONTAINS A LIAB MOD FACTOR:     +.970 FOR LIABILITY COV

THE TOTAL MOD COLUMN CONTAINS AN OTHER MOD       +1.000 FOR LIABILITY COV

THE TOTAL MOD COLUMN CONTAINS A PHYS DAM MOD FACTOR: +.970 FOR PHYS DAM COV

THE TOTAL MOD COLUMN CONTAINS AN OTHER MOD       +1.000 FOR PHYD DAM  COV

|  | EXPERIENCE MOD |  | COMM. CONTRIB | COMPANY | TOTAL |
|---|---|---|---|---|---|
| | | VEHICLE COVERAGES | | | |
| LIABILITY-PPT | -.084 | | | 1.910 | 1.696 |
| PHYSICAL DAMAGE-PPT | -.480 | | | 1.910 | .962 |
| LIABILITY-PUBLIC | -.084 | | | 1.000 | .888 |
| PHYSICAL DAMAGE-PUBLIC | -.480 | | | 1.000 | .504 |
| LIABILITY-A/O | -.084 | | | 1.910 | 1.696 |
| PHYSICAL DAMAGE-A/O | -.480 | | | 1.910 | .962 |
| | | ALL OTHER COVERAGES | | | |
| LIABILITY | -.084 | | | 1.000 | .888 |
| PHYSICAL DAMAGE | -.480 | | | 1.000 | .504 |

DATE OF ISSUE 03-15-16                        VERSION  001

Exhibit A

NUAUTO COMPLIANCE RATING WORKSHEET

POLICY INFORMATION
NAMED INSURED   :   HED PRODUCTS, LLC
                    DBA HYPE ENERGY USA
INSURED ADDRESS:  118 N. PETERS RD., #132

              KNOXVILLE                        TN 37923

ISSUING COMPANY :  TRAVELERS CAS. INS CO.OF AMERICA     ISSUE DATE:  02/02/2016
TRANSACTION TYPE:  NEW BUSINESS         TRANSACTION EFFECTIVE DATE:  03/07/2016

POLICY FORM              :BA                      PRODUCER CODE:  F0716
POLICY NUMBER            :7G983468
POLICY EFFECTIVE DATE    :03/07/2016     POLICY EXPIRATION DATE:  03/07/2017
SAI                      :9012G1201

PREDOMINANT STATE        :TN
   COVERAGE             COVERED AUTO            LIMIT           PD LIMIT
                           SYMBOL
   LIABILITY                      1           1000000
   MEDICAL PAYMENTS               2              5000
   UNINSURED MOTORISTS            7      SEE VEHICLE & LOC
   COMPREHENSIVE            7      8
   COLLISION               7      8
   BLANKET COLL LIMIT:          0
   BLANKET COLL DED:       0
   LIABILITY DED:


TOTAL TERM PREMIUM         :      36078.00
TOTAL PRORATED PREMIUM     :      36078.00
PRO RATA FACTOR            :   1.0000

TOTAL TERM NON-PREMIUM     :          0.00
TOTAL PRORATED NON-PREMIUM:          0.00

Exhibit A

```
     LIAB MOD FACTOR:  0.970           PHYS DAM MOD FACTOR:  0.970
     OTHER MOD LIAB:   1.000           OTHER MOD PHYS DAM:   1.000

STATE           WRITING COMPANY
TN              TRAVELERS CAS. INS CO.OF AMERICA

                             EXPERIENCE    COMM.
                             MOD           CONTRIB      COMPANY

                                  VEHICLE COVERAGES
LIABILITY-PPT                0.916         1.000        1.910
PHYSICAL DAMAGE-PPT          0.520         1.000        1.910

LIABILITY-PUBLIC            0.916         1.000        1.000
PHYSICAL DAMAGE-PUBLIC       0.520         1.000        1.000

LIABILITY-A/O               0.916         1.000        1.910
PHYSICAL DAMAGE-A/O          0.520         1.000        1.910

                                  ALL OTHER COVERAGES
LIABILITY                    0.916         1.000        1.910
PHYSICAL DAMAGE              0.520         1.000        1.910
```

Exhibit A

```
STATE:  TN
NUMBER OF EMPLOYEES FOR NONOWNED:              0
    COST OF HIRE PRIMARY - USED IN YOUR MC OPS:         0
COST OF HIRE PRIMARY - NOT USED IN YOUR MC OPS:         0
    COST OF HIRE EXCESS - USED IN YOUR MC OPS:          0
 COST OF HIRE EXCESS - NOT USED IN YOUR MC OPS:         0
    NUMBER OF INDIVIDUALS FOR DOC:             0
EST NUMBER OF REPOSSESSED AUTOS:               0


COV  1: Auto CovPlus         PRORATED PREM =     311.00 ANNUAL PREM =     311.00
            RP VOL CLASSES        COVPLUS PREM CHRG   Coverage Min
                 18.0000              35.0000                   1.0000

COV  2: HIRED LIABILITY - BP  PRORATED PREM =      84.00 ANNUAL PREM =      84.00
            BASE MIN PREM O/T MC INCREASE LMT FACTOR  BASE RATE LOSS COST
                 50.0000              1.6800                     1.6500
            LOSS COST MULTIPLIER DEDUCTIBLE FACTOR    INCREASE LMT FACTOR
                 1.7940              1.0000                     1.6800
            HRD RT PR 100 O/T MC
                 8.4390

COV  3: HIRED PD COLLISION    PRORATED PREM =      25.00 ANNUAL PREM =      25.00
            CVG COLL FACTOR      LOSS COST MULTIPLIER BASE MINIMUM PREMIUM
                 0.4300              2.2450                    25.0000
            Hired Rate Per 100
                 0.9290

COV  4: HIRED PD COMP         PRORATED PREM =      25.00 ANNUAL PREM =      25.00
            CVG COMP FACTOR      LOSS COST MULTIPLIER BASE MINIMUM PREMIUM
                 0.2600              2.2450                    25.0000
            Hired Rate Per 100
                 0.5620

COV  5: NON-OWNED LIABIL- BP  PRORATED PREM =     246.00 ANNUAL PREM =     246.00
            EMPLOYEE FACTOR      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 0.0000              48.0000                    1.7940
            DEDUCTIBLE FACTOR    INCREASE LMT FACTOR  EMPLOYEE FACTOR
                 1.0000              1.6800                     0.0000
            LOSS COST MULTIPLIER DEDUCTIBLE FACTOR    VOLUNTEER MIN PREM
                 1.7940              1.0000                    21.0000
            DEDUCTIBLE FACTOR    VOLUNTEER MIN PREM   LOSS COST MULTIPLIER
                 1.0000              21.0000                    1.7940
            DEDUCTIBLE FACTOR    ADDVOL MN PREM       DEDUCTIBLE FACTOR
                 1.0000              7.0000                     1.0000
            ADDVOL MN PREM
                 7.0000
```

Exhibit A

```
VEHICLE INFORMATION:
AUTO #:   1  YEAR: 2014  MAKE/MODEL: FORD  TRANS      VIN: NM0LS6F7XE1150145
GARAGING CITY: KNOXVILLE                      GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499      TERRITORY CODE:  104    ZONE CODE:  N
AGE GROUP:  3              COST NEW:   24550
LIAB:                      PROP DAM:
UM/UIM: 1000000            UIM:                     UMPD:
OTC DEDUCTIBLE:   1000              COLLISION DEDUCTIBLE:   1000


COV  1: Liability      - BP  PRORATED PREM =    1798.00  ANNUAL PREM =      1798.00
            Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                0.0000               261.0000              1.7940
            ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                1.0000               1.6800                1.0000
            NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
                1.0000               1.1000                1.0000
            DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                1.0000               1.3000                0.0000
            CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                1.0000               1.0000                1.0000
            Coverage Min         VEH COV FACTOR
                1.0000               0.9420

COV  2: Medical Payments     PRORATED PREM =    94.00  ANNUAL PREM =        94.00
            Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                0.0000               30.0000               1.0000
            LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                1.6450               1.0000                1.0000
            Coverage Min
                1.0000

COV  3: COMPREHENSIVE         PRORATED PREM =    98.00  ANNUAL PREM =        98.00
            Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                0.0000               92.0000               1.0000
            DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                0.1100               92.0000               1.0000
            HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
                90000.0000           90000.0000            1.0700
            LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                2.0900               0.7500                1.1000
            SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                0.0000               1.0000                1.0000
            VEH COV FACTOR
                0.6650

COV  4: COLLISION             PRORATED PREM =    259.00  ANNUAL PREM =      259.00
            Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                0.0000               169.0000              1.0000
            DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                0.1200               169.0000              1.0000
            HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
                90000.0000           90000.0000            1.0600
            LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                1.9150               0.9500                1.1000
            SEC CLASS FACTOR     ACC PREV FACTOR      DAYTIME RUN LTS DISC
                0.0000               1.0000                1.0000
            Coverage Min         VEH COV FACTOR
                1.0000               0.8450

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =    78.00  ANNUAL PREM =        78.00
            BASE RATE LOSS COST  LOSS COST MULTIPLIER
                50.0700              1.5670
```

Exhibit A

```
      TOTALS FOR VEHICLE :  PRORATED PREM =    2327.00  ANNUAL PREM =    2327.00


VEHICLE INFORMATION:
AUTO #:    2  YEAR: 2014   MAKE/MODEL: NISSA NV200      VIN: 3N6CM0KNXEK691609
GARAGING CITY: KNOXVILLE                            GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499       TERRITORY CODE:  104     ZONE CODE:  N
AGE GROUP:  3               COST NEW:   20240
LIAB:                        PROP DAM:
UM/UIM:  1000000            UIM:                    UMPD:
OTC DEDUCTIBLE:   1000               COLLISION DEDUCTIBLE:   1000


COV  1: Liability     - BP  PRORATED PREM =    1600.00  ANNUAL PREM =    1600.00
             Class Plan Code     BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  0.0000              261.0000               1.7940
             ADDTL INSURED FACTOR  INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                  1.0000               1.6800                1.0000
             NOFAULT FACTOR       FLEET FACTOR          ACC PREV FACTOR
                  1.0000               1.1000                1.0000
             DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                  1.0000               1.3000                0.0000
             CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                  1.0000               1.0000                1.0000
             Coverage Min         VEH COV FACTOR
                  1.0000               0.8380


COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =      94.00
             Class Plan Code     BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                  0.0000               30.0000               1.0000
             LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  1.6450               1.0000                1.0000
             Coverage Min
                  1.0000


COV  3: COMPREHENSIVE         PRORATED PREM =      89.00  ANNUAL PREM =      89.00
             Class Plan Code     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000               92.0000               1.0000
             DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1100               92.0000               1.0000
             HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
              90000.0000            90000.0000              1.0700
             LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                  2.0900               0.7500                1.1000
             SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                  0.0000               1.0000                1.0000
             VEH COV FACTOR
                  0.6040


COV  4: COLLISION             PRORATED PREM =     275.00  ANNUAL PREM =     275.00
             Class Plan Code     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000              169.0000               1.0000
             DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1200              169.0000               1.0000
             HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
              90000.0000            90000.0000              1.0600
             LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                  1.9150               0.9500                1.1000
             SEC CLASS FACTOR     ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  0.0000               1.0000                1.0000
             Coverage Min         VEH COV FACTOR
                  1.0000               0.8980
```

Exhibit A

```
COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =     78.00  ANNUAL PREM =     78.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 50.0700              1.5670

     TOTALS FOR VEHICLE :  PRORATED PREM =    2136.00  ANNUAL PREM =    2136.00


VEHICLE INFORMATION:
AUTO #:   3  YEAR: 2014  MAKE/MODEL: VOLKS JETTA     VIN: 3VWPL7AJ1EM615888
GARAGING CITY: KNOXVILLE                         GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  7398        TERRITORY CODE:  104     ZONE CODE:  N
AGE GROUP:  3              COST NEW:   26250
LIAB:                     PROP DAM:
UM/UIM:  1000000          UIM:                    UMPD:
OTC DEDUCTIBLE:  1000                 COLLISION DEDUCTIBLE:  1000


COV  1: Liability     - BP  PRORATED PREM =     797.00  ANNUAL PREM =    797.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER ADDTL INSURED FACTOR
                 210.0000             1.3660             1.0000
           INCREASE LMT FACTOR  DEDUCTIBLE FACTOR    NOFAULT FACTOR
                 1.6800               1.0000             1.0000
           ACC PREV FACTOR      DAYTIME RUN LTS DISC TORT LIMITATION FTR
                 1.0000               1.0000             1.0000
           SPS SUPP FACTOR      VEH COV FACTOR
                 1.0000               0.9750

COV  2: Medical Payments     PRORATED PREM =      35.00  ANNUAL PREM =     35.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER PASSIVE RESTRNT FTR
                 13.0000              1.3990             1.0000
           DAYTIME RUN LTS DISC
                 1.0000

COV  3: COMPREHENSIVE        PRORATED PREM =     288.00  ANNUAL PREM =    288.00
           Class Plan Code     BASE RATE LOSS COST  BASE RATE LOSS COST
                 0.0000              90000.0000            63.0000
           RELATIVITY FACTOR    DEDUCTIBLE FACTOR     BASE RATE LOSS COST
                 1.0000               0.1600               63.0000
           RELATIVITY FACTOR    PRICE FACTOR          LOSS COST MULTIPLIER
                 1.0000               1.2500               4.0340
           ACC PREV FACTOR      Coverage Min          VEH COV FACTOR
                 1.0000               1.0000               1.0810

COV  4: COLLISION            PRORATED PREM =     510.00  ANNUAL PREM =    510.00
           Class Plan Code     BASE RATE LOSS COST  PRICE FACTOR
                 0.0000              221.0000             0.9500
           DEDUCTIBLE FACTOR    BASE RATE LOSS COST  BASE RATE LOSS COST
                 0.1100              221.0000             90000.0000
           PRICE FACTOR         LOSS COST MULTIPLIER ACC PREV FACTOR
                 1.1000               2.3930             1.0000
           DAYTIME RUN LTS DISC SAFE FEAT FACTOR     Coverage Min
                 1.0000               1.0000             1.0000
           VEH COV FACTOR
                 1.0650

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =     118.00  ANNUAL PREM =    118.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 71.6700              1.6460

     TOTALS FOR VEHICLE :  PRORATED PREM =    1748.00  ANNUAL PREM =    1748.00
```

Exhibit A

```
VEHICLE INFORMATION:
AUTO #:    4  YEAR: 2015   MAKE/MODEL: FREIG SPRIN      VIN: WDYPE7DC8F5950541
GARAGING CITY: KNOXVILLE                          GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS: 03499       TERRITORY CODE: 104    ZONE CODE:  N
AGE GROUP:  2              COST NEW:    40730
LIAB:                      PROP DAM:
UM/UIM: 1000000            UIM:                    UMPD:
OTC DEDUCTIBLE:   1000           COLLISION DEDUCTIBLE:   1000


COV  1: Liability      - BP  PRORATED PREM =    1915.00  ANNUAL PREM =    1915.00
             Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  0.0000               261.0000               1.7940
             ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                  1.0000                 1.6800                1.0000
             NOFAULT FACTOR        FLEET FACTOR         ACC PREV FACTOR
                  1.0000                 1.1000                1.0000
             DAYTIME RUN LTS DISC  PRIMARY CLS FTR      SEC CLASS FACTOR
                  1.0000                 1.3000                0.0000
             CLASS FACTOR          COVERAGE FACTOR      SPS SUPP FACTOR
                  1.0000                 1.0000                1.0000
             Coverage Min          VEH COV FACTOR
                  1.0000                 1.0030

COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =      94.00
             Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                  0.0000                30.0000                1.0000
             LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  1.6450                 1.0000                1.0000
             Coverage Min
                  1.0000

COV  3: COMPREHENSIVE         PRORATED PREM =     132.00  ANNUAL PREM =     132.00
             Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000                92.0000                1.0000
             DEDUCTIBLE FACTOR     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1100                92.0000                1.0000
             HIGH VAL PRICE LMT    HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000            90000.0000             1.5500
             LOSS COST MULTIPLIER  FLEET FACTOR         PRIMARY CLS FTR
                  2.0900                 0.7500                1.1000
             SEC CLASS FACTOR      ACC PREV FACTOR      Coverage Min
                  0.0000                 1.0000                1.0000
             VEH COV FACTOR
                  0.6000

COV  4: COLLISION             PRORATED PREM =     503.00  ANNUAL PREM =     503.00
             Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000               169.0000                1.0000
             DEDUCTIBLE FACTOR     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1200               169.0000                1.0000
             HIGH VAL PRICE LMT    HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000            90000.0000             1.9000
             LOSS COST MULTIPLIER  FLEET FACTOR         PRIMARY CLS FTR
                  1.9150                 0.9500                1.1000
             SEC CLASS FACTOR      ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  0.0000                 1.0000                1.0000
             Coverage Min          VEH COV FACTOR
                  1.0000                 0.8670

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =      78.00
             BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 50.0700                 1.5670
```

Exhibit A

```
        TOTALS FOR VEHICLE :  PRORATED PREM =     2722.00  ANNUAL PREM =     2722.00


VEHICLE INFORMATION:
AUTO #:    5  YEAR: 2014  MAKE/MODEL: FREIG SPRIN      VIN: WDYPE8DC1E5893488
GARAGING CITY: KNOXVILLE                        GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499       TERRITORY CODE: 104     ZONE CODE:  N
AGE GROUP:  3              COST NEW:   41980
LIAB:                      PROP DAM:
UM/UIM: 1000000           UIM:                       UMPD:
OTC DEDUCTIBLE:   1000               COLLISION DEDUCTIBLE:   1000


COV  1: Liability     - BP  PRORATED PREM =    1896.00  ANNUAL PREM =     1896.00
          Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
             0.0000               261.0000                1.7940
          ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
             1.0000                1.6800                1.0000
          NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
             1.0000                1.1000                1.0000
          DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
             1.0000                1.3000                0.0000
          CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
             1.0000                1.0000                1.0000
          Coverage Min         VEH COV FACTOR
             1.0000                0.9930


COV  2: Medical Payments    PRORATED PREM =      94.00  ANNUAL PREM =       94.00
          Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
             0.0000                30.0000                1.0000
          LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
             1.6450                1.0000                1.0000
          Coverage Min
             1.0000


COV  3: COMPREHENSIVE        PRORATED PREM =     130.00  ANNUAL PREM =      130.00
          Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
             0.0000                92.0000                1.0000
          DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
             0.1100                92.0000                1.0000
          HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
         90000.0000            90000.0000                1.5500
          LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
             2.0900                0.7500                1.1000
          SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
             0.0000                1.0000                1.0000
          VEH COV FACTOR
             0.5900


COV  4: COLLISION            PRORATED PREM =     480.00  ANNUAL PREM =      480.00
          Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
             0.0000               169.0000                1.0000
          DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
             0.1200               169.0000                1.0000
          HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
         90000.0000            90000.0000                1.9000
          LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
             1.9150                0.9500                1.1000
          SEC CLASS FACTOR     ACC PREV FACTOR      DAYTIME RUN LTS DISC
             0.0000                1.0000                1.0000
          Coverage Min         VEH COV FACTOR
             1.0000                0.8280
```

Exhibit A

```
COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =     78.00  ANNUAL PREM =      78.00
          BASE RATE LOSS COST  LOSS COST MULTIPLIER
               50.0700           1.5670


    TOTALS FOR VEHICLE :  PRORATED PREM =    2678.00  ANNUAL PREM =    2678.00


VEHICLE INFORMATION:
AUTO #:   6  YEAR: 2015  MAKE/MODEL: NISSA NV200    VIN: 3N6CM0KN2FK704970
GARAGING CITY: KNOXVILLE                     GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499      TERRITORY CODE:  104    ZONE CODE:  N
AGE GROUP:  2              COST NEW:   20720
LIAB:                      PROP DAM:
UM/UIM:  1000000           UIM:                    UMPD:
OTC DEDUCTIBLE:   1000              COLLISION DEDUCTIBLE:   1000


COV  1: Liability      - BP  PRORATED PREM =    1617.00  ANNUAL PREM =    1617.00
          Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
               0.0000            261.0000             1.7940
          ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
               1.0000            1.6800               1.0000
          NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
               1.0000            1.1000               1.0000
          DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
               1.0000            1.3000               0.0000
          CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
               1.0000            1.0000               1.0000
          Coverage Min         VEH COV FACTOR
               1.0000            0.8470


COV  2: Medical Payments     PRORATED PREM =     94.00  ANNUAL PREM =      94.00
          Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
               0.0000            30.0000              1.0000
          LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
               1.6450            1.0000               1.0000
          Coverage Min
               1.0000


COV  3: COMPREHENSIVE         PRORATED PREM =     90.00  ANNUAL PREM =      90.00
          Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
               0.0000            92.0000              1.0000
          DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
               0.1100            92.0000              1.0000
          HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000        90000.0000           1.0700
          LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
               2.0900            0.7500               1.1000
          SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
               0.0000            1.0000               1.0000
          VEH COV FACTOR
               0.6130


COV  4: COLLISION             PRORATED PREM =    288.00  ANNUAL PREM =     288.00
          Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
               0.0000            169.0000             1.0000
          DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
               0.1200            169.0000             1.0000
          HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000        90000.0000           1.0600
          LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
               1.9150            0.9500               1.1000
```

Exhibit A

```
              SEC CLASS FACTOR      ACC PREV FACTOR       DAYTIME RUN LTS DISC
                     0.0000                    1.0000                    1.0000
              Coverage Min          VEH COV FACTOR
                     1.0000                    0.9410

   COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =       78.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER
                     50.0700                   1.5670


      TOTALS FOR VEHICLE :  PRORATED PREM =     2167.00  ANNUAL PREM =     2167.00


   VEHICLE INFORMATION:
   AUTO #:    7  YEAR: 2015  MAKE/MODEL: AIRST INTER       VIN: WD3PF4CD8F5978030
   GARAGING CITY: KNOXVILLE                         GARAGING STATE: TN  ZIP: 37923
   VEHICLE CLASS:  7960      TERRITORY CODE:  104      ZONE CODE:  X
   AGE GROUP:  2                    STATED AMOUNT:  145000
   LIAB:                     PROP DAM:
   UM/UIM: 1000000           UIM:                     UMPD:
   OTC DEDUCTIBLE:   1000                    COLLISION DEDUCTIBLE:   1000


   COV  1: Liability      - BP  PRORATED PREM =     801.00  ANNUAL PREM =      801.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER ADDTL INSURED FACTOR
                    261.0000                   1.7940                    1.0000
              COVERAGE FACTOR      INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                     0.6000                    1.6800                    1.0000
              NOFAULT FACTOR       ACC PREV FACTOR       DAYTIME RUN LTS DISC
                     1.0000                    1.0000                    1.0000
              SPS SUPP FACTOR      TORT LIMITATION FTR  COURSE CREDIT FACTOR
                     1.0000                    1.0000                    1.0000

   COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =       94.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER COVERAGE FACTOR
                     30.0000                   1.6450                    1.0000
              DAYTIME RUN LTS DISC ACC PREV FACTOR       Coverage Min
                     1.0000                    1.0000                    1.0000

   COV  3: COMPREHENSIVE        PRORATED PREM =     183.00  ANNUAL PREM =      183.00
              Class Plan Code      HIGH VAL PRICE LMT   BASE RATE LOSS COST
                     0.0000                90000.0000                90000.0000
              BASE RATE LOSS COST  DEDUCTIBLE FACTOR    BASE RATE LOSS COST
                     92.0000                   0.1100                   92.0000
              COVERAGE FACTOR      PRICE FACTOR         COVERAGE FACTOR
                     0.0070                    1.7000                    0.5000
              LOSS COST MULTIPLIER ACC PREV FACTOR       Coverage Min
                     2.0900                    1.0000                    1.0000

   COV  4: COLLISION            PRORATED PREM =     601.00  ANNUAL PREM =      601.00
              Class Plan Code      BASE RATE LOSS COST  DEDUCTIBLE FACTOR
                     0.0000                  169.0000                   0.1200
              BASE RATE LOSS COST  HIGH VAL PRICE LMT   HIGH VAL PRICE LMT
                    169.0000                90000.0000                90000.0000
              COVERAGE FACTOR      PRICE FACTOR         COVERAGE FACTOR
                     0.0250                    2.6000                    0.5000
              LOSS COST MULTIPLIER ACC PREV FACTOR       Coverage Min
                     1.9150                    1.0000                    1.0000

   COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =       78.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER
                     50.0700                   1.5670
```

Exhibit A

```
        TOTALS FOR VEHICLE :  PRORATED PREM =     1757.00  ANNUAL PREM =     1757.00


VEHICLE INFORMATION:
AUTO #:     8  YEAR: 2015   MAKE/MODEL: FREIG SPRIN     VIN: WDYPE8DCXFP166338
GARAGING CITY: KNOXVILLE                               GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499        TERRITORY CODE:  104      ZONE CODE:  N
AGE GROUP:  2                COST NEW:    47000
LIAB:                        PROP DAM:
UM/UIM:  1000000             UIM:                      UMPD:
OTC DEDUCTIBLE:   1000                      COLLISION DEDUCTIBLE:   1000


COV  1: Liability      - BP  PRORATED PREM =    1915.00  ANNUAL PREM =     1915.00
              Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  0.0000                261.0000                 1.7940
              ADDTL INSURED FACTOR  INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                  1.0000                  1.6800                 1.0000
              NOFAULT FACTOR        FLEET FACTOR         ACC PREV FACTOR
                  1.0000                  1.0000                 1.0000
              DAYTIME RUN LTS DISC  PRIMARY CLS FTR      SEC CLASS FACTOR
                  1.0000                  1.3000                 0.0000
              CLASS FACTOR          COVERAGE FACTOR      SPS SUPP FACTOR
                  1.0000                  1.0000                 1.0000
              Coverage Min          VEH COV FACTOR
                  1.0000                  1.0030


COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =       94.00
              Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                  0.0000                 30.0000                 1.0000
              LOSS COST MULTIPLIER  ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  1.6450                  1.0000                 1.0000
              Coverage Min
                  1.0000


COV  3: COMPREHENSIVE         PRORATED PREM =     136.00  ANNUAL PREM =      136.00
              Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000                 92.0000                 1.0000
              DEDUCTIBLE FACTOR     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1100                 92.0000                 1.0000
              HIGH VAL PRICE LMT    HIGH VAL PRICE LMT   PRICE FACTOR
                90000.0000            90000.0000                 1.5500
              LOSS COST MULTIPLIER  FLEET FACTOR         PRIMARY CLS FTR
                  2.0900                  0.7500                 1.1000
              SEC CLASS FACTOR      ACC PREV FACTOR      Coverage Min
                  0.0000                  1.0000                 1.0000
              VEH COV FACTOR
                  0.6180


COV  4: COLLISION             PRORATED PREM =     515.00  ANNUAL PREM =      515.00
              Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000                169.0000                 1.0000
              DEDUCTIBLE FACTOR     BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1200                169.0000                 1.0000
              HIGH VAL PRICE LMT    HIGH VAL PRICE LMT   PRICE FACTOR
                90000.0000            90000.0000                 1.9000
              LOSS COST MULTIPLIER  FLEET FACTOR         PRIMARY CLS FTR
                  1.9150                  0.9500                 1.1000
              SEC CLASS FACTOR      ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  0.0000                  1.0000                 1.0000
              Coverage Min          VEH COV FACTOR
                  1.0000                  0.8880
```

Exhibit A

```
COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =       78.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  50.0700              1.5670


   TOTALS FOR VEHICLE :  PRORATED PREM =    2738.00  ANNUAL PREM =    2738.00


VEHICLE INFORMATION:
AUTO #:    9  YEAR: 2015  MAKE/MODEL: MERCE SPRIN      VIN: WD4PE7DC1F5998724
GARAGING CITY: KNOXVILLE                     GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS: 03499        TERRITORY CODE: 104      ZONE CODE:  N
AGE GROUP:  2               COST NEW:    38800
LIAB:                       PROP DAM:
UM/UIM: 1000000             UIM:                     UMPD:
OTC DEDUCTIBLE:  1000                  COLLISION DEDUCTIBLE:  1000


COV  1: Liability      - BP  PRORATED PREM =    1653.00  ANNUAL PREM =    1653.00
           Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  0.0000             261.0000              1.7940
           ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                  1.0000               1.6800              1.0000
           NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
                  1.0000               1.1000              1.0000
           DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                  1.0000               1.3000              0.0000
           CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                  1.0000               1.0000              1.0000
           Coverage Min         VEH COV FACTOR
                  1.0000               0.8660

COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =       94.00
           Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                  0.0000              30.0000              1.0000
           LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                  1.6450               1.0000              1.0000
           Coverage Min
                  1.0000

COV  3: COMPREHENSIVE         PRORATED PREM =     159.00  ANNUAL PREM =      159.00
           Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000              92.0000              1.0000
           DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1100              92.0000              1.0000
           HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
              90000.0000           90000.0000              1.3000
           LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                  2.0900               0.7500              1.1000
           SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                  0.0000               1.0000              1.0000
           VEH COV FACTOR
                  0.8770

COV  4: COLLISION             PRORATED PREM =     411.00  ANNUAL PREM =      411.00
           Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.0000             169.0000              1.0000
           DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                  0.1200             169.0000              1.0000
           HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
              90000.0000           90000.0000              1.3500
           LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                  1.9150               0.9500              1.1000
```

Exhibit A

```
                SEC CLASS FACTOR       ACC PREV FACTOR      DAYTIME RUN LTS DISC
                      0.0000                 1.0000                   1.0000
                Coverage Min          VEH COV FACTOR
                      1.0000                 1.0250

   COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =       78.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER
                    50.0700                 1.5670


      TOTALS FOR VEHICLE :  PRORATED PREM =      2395.00  ANNUAL PREM =     2395.00


   VEHICLE INFORMATION:
   AUTO #:   10   YEAR: 2016  MAKE/MODEL: MERCE METRI      VIN: WD3PG2EA9G3091733
   GARAGING CITY: KNOXVILLE                      GARAGING STATE: TN  ZIP: 37923
   VEHICLE CLASS:  03499      TERRITORY CODE: 104      ZONE CODE:  N
   AGE GROUP:  1              COST NEW:   34957
   LIAB:                      PROP DAM:
   UM/UIM:  1000000           UIM:                      UMPD:
   OTC DEDUCTIBLE:   1000                 COLLISION DEDUCTIBLE:   1000


   COV  1: Liability      - BP  PRORATED PREM =    1600.00  ANNUAL PREM =     1600.00
              Class Plan Code       BASE RATE LOSS COST  LOSS COST MULTIPLIER
                    0.0000                 261.0000                 1.7940
              ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                    1.0000                 1.6800                   1.0000
              NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
                    1.0000                 1.1000                   1.0000
              DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                    1.0000                 1.3000                   0.0000
              CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                    1.0000                 1.0000                   1.0000
              Coverage Min         VEH COV FACTOR
                    1.0000                 0.8380

   COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =       94.00
              Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                    0.0000                 30.0000                  1.0000
              LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                    1.6450                 1.0000                   1.0000
              Coverage Min
                    1.0000

   COV  3: COMPREHENSIVE         PRORATED PREM =     158.00  ANNUAL PREM =      158.00
              Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.0000                 92.0000                  1.0000
              DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.1100                 92.0000                  1.0000
              HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
                 90000.0000              90000.0000                1.3000
              LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                    2.0900                 0.7500                   1.1000
              SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                    0.0000                 1.0000                   1.0000
              VEH COV FACTOR
                    0.8690

   COV  4: COLLISION             PRORATED PREM =     474.00  ANNUAL PREM =      474.00
              Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.0000                 169.0000                 1.0000
              DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.1200                 169.0000                 1.0000
```

Exhibit A

```
               HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
                    90000.0000           90000.0000                1.3500
               LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                    1.9150               0.9500                     1.1000
               SEC CLASS FACTOR     ACC PREV FACTOR      DAYTIME RUN LTS DISC
                    0.0000               1.0000                     1.0000
               Coverage Min         VEH COV FACTOR
                    1.0000               1.1820

   COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =    78.00  ANNUAL PREM =      78.00
               BASE RATE LOSS COST  LOSS COST MULTIPLIER
                    50.0700              1.5670


      TOTALS FOR VEHICLE :  PRORATED PREM =    2404.00  ANNUAL PREM =    2404.00


   VEHICLE INFORMATION:
   AUTO #:   11  YEAR: 2016  MAKE/MODEL: MERCE METRI      VIN: WD3PG2EAXG3103842
   GARAGING CITY: KNOXVILLE                       GARAGING STATE: TN  ZIP: 37923
   VEHICLE CLASS:  03499      TERRITORY CODE:  104   ZONE CODE:  N
   AGE GROUP:  1              COST NEW:    28950
   LIAB:                      PROP DAM:
   UM/UIM:  1000000          UIM:                   UMPD:
   OTC DEDUCTIBLE:  1000               COLLISION DEDUCTIBLE:  1000


   COV  1: Liability     - BP  PRORATED PREM =   1600.00  ANNUAL PREM =    1600.00
               Class Plan Code      BASE RATE LOSS COST  LOSS COST MULTIPLIER
                    0.0000              261.0000                   1.7940
               ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                    1.0000               1.6800                    1.0000
               NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
                    1.0000               1.1000                    1.0000
               DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                    1.0000               1.3000                    0.0000
               CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                    1.0000               1.0000                    1.0000
               Coverage Min         VEH COV FACTOR
                    1.0000               0.8380


   COV  2: Medical Payments     PRORATED PREM =     94.00  ANNUAL PREM =      94.00
               Class Plan Code      BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                    0.0000               30.0000                   1.0000
               LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                    1.6450               1.0000                    1.0000
               Coverage Min
                    1.0000


   COV  3: COMPREHENSIVE         PRORATED PREM =    154.00  ANNUAL PREM =     154.00
               Class Plan Code      BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.0000               92.0000                   1.0000
               DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                    0.1100               92.0000                   1.0000
               HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
                    90000.0000           90000.0000                1.3000
               LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                    2.0900               0.7500                    1.1000
               SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                    0.0000               1.0000                    1.0000
               VEH COV FACTOR
                    0.8460
```

· Exhibit A

```
COV  4: COLLISION              PRORATED PREM =     459.00  ANNUAL PREM =       459.00
           Class Plan Code       BASE RATE LOSS COST  RELATIVITY FACTOR
                0.0000                169.0000              1.0000
           DEDUCTIBLE FACTOR     BASE RATE LOSS COST  RELATIVITY FACTOR
                0.1200                169.0000              1.0000
           HIGH VAL PRICE LMT    HIGH VAL PRICE LMT   PRICE FACTOR
             90000.0000            90000.0000             1.3500
           LOSS COST MULTIPLIER FLEET FACTOR          PRIMARY CLS FTR
                1.9150                0.9500              1.1000
           SEC CLASS FACTOR      ACC PREV FACTOR      DAYTIME RUN LTS DISC
                0.0000                1.0000              1.0000
           Coverage Min          VEH COV FACTOR
                1.0000                1.1450

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =        78.00
        BASE RATE LOSS COST  LOSS COST MULTIPLIER
             50.0700              1.5670


   TOTALS FOR VEHICLE :  PRORATED PREM =    2385.00  ANNUAL PREM =     2385.00


VEHICLE INFORMATION:
AUTO #:   12  YEAR: 2016  MAKE/MODEL: TOYOT SCION      VIN: JTNKARJE9GJ514840
GARAGING CITY: KNOXVILLE                          GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  7398         TERRITORY CODE:  104    ZONE CODE:  N
AGE GROUP:  1                COST NEW:  22264
LIAB:                        PROP DAM:
UM/UIM:  1000000             UIM:                     UMPD:
OTC DEDUCTIBLE:  1000              COLLISION DEDUCTIBLE:  1000


COV  1: Liability    - BP  PRORATED PREM =     671.00  ANNUAL PREM =       671.00
        BASE RATE LOSS COST  LOSS COST MULTIPLIER ADDTL INSURED FACTOR
             210.0000             1.3660              1.0000
        INCREASE LMT FACTOR  DEDUCTIBLE FACTOR    NOFAULT FACTOR
             1.6800               1.0000              1.0000
        ACC PREV FACTOR      DAYTIME RUN LTS DISC TORT LIMITATION FTR
             1.0000               1.0000              1.0000
        SPS SUPP FACTOR      VEH COV FACTOR
             1.0000               0.8200

COV  2: Medical Payments    PRORATED PREM =      35.00  ANNUAL PREM =        35.00
        BASE RATE LOSS COST  LOSS COST MULTIPLIER PASSIVE RESTRNT FTR
             13.0000              1.3990              1.0000
        DAYTIME RUN LTS DISC
             1.0000

COV  3: COMPREHENSIVE        PRORATED PREM =     234.00  ANNUAL PREM =       234.00
           Class Plan Code       BASE RATE LOSS COST  BASE RATE LOSS COST
                0.0000             90000.0000            63.0000
           RELATIVITY FACTOR     DEDUCTIBLE FACTOR    BASE RATE LOSS COST
                1.0000                0.1600            63.0000
           RELATIVITY FACTOR     PRICE FACTOR         LOSS COST MULTIPLIER
                1.0000                1.1200              4.0340
           ACC PREV FACTOR       Coverage Min         VEH COV FACTOR
                1.0000                1.0000              0.9940

COV  4: COLLISION            PRORATED PREM =     614.00  ANNUAL PREM =       614.00
           Class Plan Code       BASE RATE LOSS COST  PRICE FACTOR
                0.0000               221.0000            1.0000
           DEDUCTIBLE FACTOR     BASE RATE LOSS COST  BASE RATE LOSS COST
                0.1100               221.0000         90000.0000
```

Exhibit A

```
              PRICE FACTOR         LOSS COST MULTIPLIER ACC PREV FACTOR
                    1.0500              2.3930                  1.0000
              DAYTIME RUN LTS DISC SAFE FEAT FACTOR    Coverage Min
                    1.0000              1.0000                  1.0000
              VEH COV FACTOR
                    1.2830

  COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =    118.00  ANNUAL PREM =    118.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER
                   71.6700              1.6460


     TOTALS FOR VEHICLE :  PRORATED PREM =    1672.00  ANNUAL PREM =    1672.00


VEHICLE INFORMATION:
AUTO #:   13  YEAR: 2016   MAKE/MODEL: TOYOT SCION       VIN: JTNKARJE8GJ504459
GARAGING CITY: KNOXVILLE                          GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS: 7398        TERRITORY CODE:  104     ZONE CODE:  N
AGE GROUP:  1              COST NEW:   22295
LIAB:                      PROP DAM:
UM/UIM: 1000000           UIM:                    UMPD:
OTC DEDUCTIBLE:   1000               COLLISION DEDUCTIBLE:   1000


  COV  1: Liability      - BP  PRORATED PREM =    671.00  ANNUAL PREM =    671.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER ADDTL INSURED FACTOR
                  210.0000              1.3660                  1.0000
              INCREASE LMT FACTOR  DEDUCTIBLE FACTOR    NOFAULT FACTOR
                    1.6800              1.0000                  1.0000
              ACC PREV FACTOR      DAYTIME RUN LTS DISC TORT LIMITATION FTR
                    1.0000              1.0000                  1.0000
              SPS SUPP FACTOR      VEH COV FACTOR
                    1.0000              0.8200

  COV  2: Medical Payments     PRORATED PREM =     35.00  ANNUAL PREM =     35.00
              BASE RATE LOSS COST  LOSS COST MULTIPLIER PASSIVE RESTRNT FTR
                   13.0000              1.3990                  1.0000
              DAYTIME RUN LTS DISC
                    1.0000

  COV  3: COMPREHENSIVE        PRORATED PREM =    234.00  ANNUAL PREM =    234.00
              Class Plan Code      BASE RATE LOSS COST  BASE RATE LOSS COST
                    0.0000             90000.0000               63.0000
              RELATIVITY FACTOR    DEDUCTIBLE FACTOR    BASE RATE LOSS COST
                    1.0000              0.1600               63.0000
              RELATIVITY FACTOR    PRICE FACTOR         LOSS COST MULTIPLIER
                    1.0000              1.1200               4.0340
              ACC PREV FACTOR      Coverage Min         VEH COV FACTOR
                    1.0000              1.0000               0.9940

  COV  4: COLLISION            PRORATED PREM =    614.00  ANNUAL PREM =    614.00
              Class Plan Code      BASE RATE LOSS COST  PRICE FACTOR
                    0.0000            221.0000                  1.0000
              DEDUCTIBLE FACTOR    BASE RATE LOSS COST  BASE RATE LOSS COST
                    0.1100            221.0000             90000.0000
              PRICE FACTOR         LOSS COST MULTIPLIER ACC PREV FACTOR
                    1.0500              2.3930                  1.0000
              DAYTIME RUN LTS DISC SAFE FEAT FACTOR    Coverage Min
                    1.0000              1.0000                  1.0000
              VEH COV FACTOR
                    1.2830
```

Exhibit A

```
COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      118.00  ANNUAL PREM =      118.00
         BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 71.6700                 1.6460

   TOTALS FOR VEHICLE :  PRORATED PREM =    1672.00  ANNUAL PREM =    1672.00


VEHICLE INFORMATION:
AUTO #:   14  YEAR: 2016  MAKE/MODEL: TOYOT SCION      VIN: JTNKARJEXGJ503152
GARAGING CITY: KNOXVILLE                       GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  7398         TERRITORY CODE:  104    ZONE CODE:  N
AGE GROUP:  1                COST NEW:    22295
LIAB:                        PROP DAM:
UM/UIM:  1000000             UIM:                    UMPD:
OTC DEDUCTIBLE:   1000                 COLLISION DEDUCTIBLE:   1000


COV  1: Liability     - BP  PRORATED PREM =      671.00  ANNUAL PREM =      671.00
         BASE RATE LOSS COST  LOSS COST MULTIPLIER ADDTL INSURED FACTOR
                210.0000                 1.3660                 1.0000
         INCREASE LMT FACTOR  DEDUCTIBLE FACTOR    NOFAULT FACTOR
                  1.6800                 1.0000                 1.0000
         ACC PREV FACTOR      DAYTIME RUN LTS DISC TORT LIMITATION FTR
                  1.0000                 1.0000                 1.0000
         SPS SUPP FACTOR      VEH COV FACTOR
                  1.0000                 0.8200

COV  2: Medical Payments     PRORATED PREM =       35.00  ANNUAL PREM =       35.00
         BASE RATE LOSS COST  LOSS COST MULTIPLIER PASSIVE RESTRNT FTR
                 13.0000                 1.3990                 1.0000
         DAYTIME RUN LTS DISC
                  1.0000

COV  3: COMPREHENSIVE         PRORATED PREM =      234.00  ANNUAL PREM =      234.00
         Class Plan Code      BASE RATE LOSS COST  BASE RATE LOSS COST
                  0.0000             90000.0000               63.0000
         RELATIVITY FACTOR    DEDUCTIBLE FACTOR    BASE RATE LOSS COST
                  1.0000                 0.1600               63.0000
         RELATIVITY FACTOR    PRICE FACTOR         LOSS COST MULTIPLIER
                  1.0000                 1.1200                 4.0340
         ACC PREV FACTOR      Coverage Min         VEH COV FACTOR
                  1.0000                 1.0000                 0.9940

COV  4: COLLISION             PRORATED PREM =      614.00  ANNUAL PREM =      614.00
         Class Plan Code      BASE RATE LOSS COST  PRICE FACTOR
                  0.0000               221.0000                 1.0000
         DEDUCTIBLE FACTOR    BASE RATE LOSS COST  BASE RATE LOSS COST
                  0.1100               221.0000             90000.0000
         PRICE FACTOR         LOSS COST MULTIPLIER ACC PREV FACTOR
                  1.0500                 2.3930                 1.0000
         DAYTIME RUN LTS DISC SAFE FEAT FACTOR     Coverage Min
                  1.0000                 1.0000                 1.0000
         VEH COV FACTOR
                  1.2830

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      118.00  ANNUAL PREM =      118.00
         BASE RATE LOSS COST  LOSS COST MULTIPLIER
                 71.6700                 1.6460

   TOTALS FOR VEHICLE :  PRORATED PREM =    1672.00  ANNUAL PREM =    1672.00
```

Exhibit A

```
VEHICLE INFORMATION:
AUTO #:   15   YEAR: 2016   MAKE/MODEL: TOYOT TACOM        VIN: 5TFRX5GN7GX059503
GARAGING CITY: KNOXVILLE                          GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499       TERRITORY CODE:  104   ZONE CODE:  N
AGE GROUP:  1               COST NEW:   26525
LIAB:                       PROP DAM:
UM/UIM: 1000000             UIM:                          UMPD:
OTC DEDUCTIBLE:  1000                   COLLISION DEDUCTIBLE:   1000


COV  1: Liability      - BP  PRORATED PREM =    1590.00  ANNUAL PREM =      1590.00
           Class Plan Code      BASE RATE LOSS COST   LOSS COST MULTIPLIER
                 0.0000               261.0000                 1.7940
           ADDTL INSURED FACTOR INCREASE LMT FACTOR   DEDUCTIBLE FACTOR
                 1.0000                 1.6800                 1.0000
           NOFAULT FACTOR       FLEET FACTOR           ACC PREV FACTOR
                 1.0000                 1.1000                 1.0000
           DAYTIME RUN LTS DISC PRIMARY CLS FTR        SEC CLASS FACTOR
                 1.0000                 1.3000                 0.0000
           CLASS FACTOR         COVERAGE FACTOR        SPS SUPP FACTOR
                 1.0000                 1.0000                 1.0000
           Coverage Min         VEH COV FACTOR
                 1.0000                 0.8330


COV  2: Medical Payments     PRORATED PREM =      94.00  ANNUAL PREM =        94.00
           Class Plan Code      BASE RATE LOSS COST   LIMIT ADJUSTMENT FR
                 0.0000                30.0000                 1.0000
           LOSS COST MULTIPLIER ACC PREV FACTOR       DAYTIME RUN LTS DISC
                 1.6450                 1.0000                 1.0000
           Coverage Min
                 1.0000


COV  3: COMPREHENSIVE         PRORATED PREM =     111.00  ANNUAL PREM =       111.00
           Class Plan Code      BASE RATE LOSS COST   RELATIVITY FACTOR
                 0.0000                92.0000                 1.0000
           DEDUCTIBLE FACTOR    BASE RATE LOSS COST   RELATIVITY FACTOR
                 0.1100                92.0000                 1.0000
           HIGH VAL PRICE LMT   HIGH VAL PRICE LMT    PRICE FACTOR
             90000.0000           90000.0000                 1.3000
           LOSS COST MULTIPLIER FLEET FACTOR          PRIMARY CLS FTR
                 2.0900                 0.7500                 1.1000
           SEC CLASS FACTOR     ACC PREV FACTOR       Coverage Min
                 0.0000                 1.0000                 1.0000
           VEH COV FACTOR
                 0.6110


COV  4: COLLISION             PRORATED PREM =     584.00  ANNUAL PREM =       584.00
           Class Plan Code      BASE RATE LOSS COST   RELATIVITY FACTOR
                 0.0000               169.0000                 1.0000
           DEDUCTIBLE FACTOR    BASE RATE LOSS COST   RELATIVITY FACTOR
                 0.1200               169.0000                 1.0000
           HIGH VAL PRICE LMT   HIGH VAL PRICE LMT    PRICE FACTOR
             90000.0000           90000.0000                 1.3500
           LOSS COST MULTIPLIER FLEET FACTOR          PRIMARY CLS FTR
                 1.9150                 0.9500                 1.1000
           SEC CLASS FACTOR     ACC PREV FACTOR       DAYTIME RUN LTS DISC
                 0.0000                 1.0000                 1.0000
           Coverage Min         VEH COV FACTOR
                 1.0000                 1.4580


COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =        78.00
           BASE RATE LOSS COST  LOSS COST MULTIPLIER
                50.0700                 1.5670
```

Exhibit A

```
     TOTALS FOR VEHICLE :  PRORATED PREM =    2457.00  ANNUAL PREM =    2457.00


VEHICLE INFORMATION:
AUTO #:   16  YEAR: 2016  MAKE/MODEL: TOYOT TACOM     VIN: 5TFRX5GN2GX058291
GARAGING CITY: KNOXVILLE                        GARAGING STATE: TN  ZIP: 37923
VEHICLE CLASS:  03499     TERRITORY CODE:  104     ZONE CODE:  N
AGE GROUP:  1             COST NEW:   25440
LIAB:                     PROP DAM:
UM/UIM:  1000000          UIM:                        UMPD:
OTC DEDUCTIBLE:   1000                COLLISION DEDUCTIBLE:   1000


COV  1: Liability     - BP  PRORATED PREM =    1590.00  ANNUAL PREM =    1590.00
              Class Plan Code     BASE RATE LOSS COST  LOSS COST MULTIPLIER
                   0.0000              261.0000               1.7940
              ADDTL INSURED FACTOR INCREASE LMT FACTOR  DEDUCTIBLE FACTOR
                   1.0000                1.6800               1.0000
              NOFAULT FACTOR       FLEET FACTOR         ACC PREV FACTOR
                   1.0000                1.1000               1.0000
              DAYTIME RUN LTS DISC PRIMARY CLS FTR      SEC CLASS FACTOR
                   1.0000                1.3000               0.0000
              CLASS FACTOR         COVERAGE FACTOR      SPS SUPP FACTOR
                   1.0000                1.0000               1.0000
              Coverage Min         VEH COV FACTOR
                   1.0000                0.8330


COV  2: Medical Payments    PRORATED PREM =      94.00  ANNUAL PREM =      94.00
              Class Plan Code     BASE RATE LOSS COST  LIMIT ADJUSTMENT FR
                   0.0000               30.0000               1.0000
              LOSS COST MULTIPLIER ACC PREV FACTOR      DAYTIME RUN LTS DISC
                   1.6450                1.0000               1.0000
              Coverage Min
                   1.0000


COV  3: COMPREHENSIVE        PRORATED PREM =     111.00  ANNUAL PREM =     111.00
              Class Plan Code     BASE RATE LOSS COST  RELATIVITY FACTOR
                   0.0000               92.0000               1.0000
              DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                   0.1100               92.0000               1.0000
              HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000           90000.0000               1.3000
              LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                   2.0900                0.7500               1.1000
              SEC CLASS FACTOR     ACC PREV FACTOR      Coverage Min
                   0.0000                1.0000               1.0000
              VEH COV FACTOR
                   0.6110


COV  4: COLLISION            PRORATED PREM =     584.00  ANNUAL PREM =     584.00
              Class Plan Code     BASE RATE LOSS COST  RELATIVITY FACTOR
                   0.0000              169.0000               1.0000
              DEDUCTIBLE FACTOR    BASE RATE LOSS COST  RELATIVITY FACTOR
                   0.1200              169.0000               1.0000
              HIGH VAL PRICE LMT   HIGH VAL PRICE LMT   PRICE FACTOR
               90000.0000           90000.0000               1.3500
              LOSS COST MULTIPLIER FLEET FACTOR         PRIMARY CLS FTR
                   1.9150                0.9500               1.1000
              SEC CLASS FACTOR     ACC PREV FACTOR      DAYTIME RUN LTS DISC
                   0.0000                1.0000               1.0000
              Coverage Min         VEH COV FACTOR
                   1.0000                1.4580
```

Exhibit A

COV  5: UM/UIM BI & PD  - BP  PRORATED PREM =      78.00  ANNUAL PREM =      78.00
          BASE RATE LOSS COST  LOSS COST MULTIPLIER
                  50.0700            1.5670

    TOTALS FOR VEHICLE :  PRORATED PREM =      2457.00  ANNUAL PREM =     2457.00

Exhibit A

TERM PREMIUM TOTALS INFORMATION:

| COVERAGE/<br>SUBCOVERAGE | STATE<br>PREMIUMS | VEHICLE<br>PREMIUMS | LOCATION<br>PREMIUMS | TOTAL<br>PREMIUMS |
|---|---|---|---|---|
| Liability        - BP | 0.00 | 22,385.00 | 0.00 | 22,385.00 |
| Medical Payments | 0.00 | 1,268.00 | 0.00 | 1,268.00 |
| COMPREHENSIVE | 0.00 | 2,541.00 | 0.00 | 2,541.00 |
| COLLISION | 0.00 | 7,785.00 | 0.00 | 7,785.00 |
| Auto CovPlus | 311.00 | 0.00 | 0.00 | 311.00 |
| HIRED LIABILITY - BP | 84.00 | 0.00 | 0.00 | 84.00 |
| HIRED PD COLLISION | 25.00 | 0.00 | 0.00 | 25.00 |
| HIRED PD COMP | 25.00 | 0.00 | 0.00 | 25.00 |
| NON-OWNED LIABIL- BP | 246.00 | 0.00 | 0.00 | 246.00 |
| UM/UIM BI & PD   - BP | 0.00 | 1,408.00 | 0.00 | 1,408.00 |
| GRAND TOTALS: | 691.00 | 35,387.00 | 0.00 | 36,078.00 |

Exhibit A

```
                              FACING SHEET HEADER    PAGE    OF

                              POLICY NUMBER: BA-7G983468-16-SEL

                              RATER: BP13    ISSUE DATE: 03/15/16

ACCOUNT NAME (DO NOT KEY): HED PRODUCTS, LLC

UPBHD

NAMED INS: HED PRODUCTS, LLC

          TD    OFF DIST FORM POLNO     RESP R/M SPEC CO   AGENT SOLIC
          RPBI 119 01   BA   7G983468   I    G             F0716

EFFDT     CHNGDT      EXPDT     A/C-MO T/I PROG N/R W/F A/B
03/07/16              03/07/17  0316       W15 N   0   2

SAI       SRV BIAGG PDAGG MSI A/F C/M AUDTERM
9012G1201 2                M   N

A/V DAT   NEFFDT    RETDT      ENTPROG   YR/PRG TLIND TAILEXP

A/R PREM    +/- SB P/M TAG STAT CS/NR FIN FED TAX ID
   36078    +   D  B   R         N

PR-UND   IM-UND   CR-UND   GL-UND   AU-UND   WC-UND  BM-UND   OM-UND
                                    0000000


           *  *  *  *  *  *  *  *  *  *  *
           *                             *
           *   D  O   N  O  T   K  E  Y   *
           *                             *
           *  *  *  *  *  *  *  *  *  *  *


OFFICE: NASHVILLE           119
PRODUCER NAME: TIS INSURANCE SERV INC          F0716
```

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ____ OF ____

                              POLICY NUMBER  BA -7G983468

                                    EFFECTIVE 03-07-16
ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC
UPBLA    automobile policy limits
single lmts     bi       bi ea    pd ea      mp      pd
  ea occ      ea per    occ/acc   occ/acc   ea per   ded     tr

    1000                                     5000

        exper  sched   exp    pkg    other  total
         mod    mod    mod    mod    mod    mod

liab   ____   ____   ____   ____   ____   ____

otc    ____   ____   ____   ____   ____   ____

coll   ____   ____   ____   ____   ____   ____
UPBVE    vehicle schedule

ci    veh     town    st   zip code   cty/twn  terr   zone   yr   make/model
 _    001  KNOXVILLE   TN   37923               104           14   FORD

        vin          stat/iso class   phys dam class   pi    nfrb
  NM0LS6F7XE1150145      03499            03499

cost   limit         co/   comm/   co/phy  comm/   st   um bi/   um bi/   um
new    liab   age   liab   liab    dam     phydam  ex   per      occ      pd
245    ACV    3     ACJ    NC       ACJ     NC      -                1000

AT     ILF    PBCC   OS/IND      DATE ADD-AUDIT   DATE DELETE-AUDIT   PIP OPT

UPBCV   entity bypass  v___
         ci   cg   cc   premium   +/-   ex mo   r/c   typ   ded amt   lcm

bi       _    50   01    1798      _     ___                  tab      1794

pd       _    ___  ___   ____      _     ___                  tab

pip      _    ___  ___              _    ___                  tab

apip     _    ___  ___              _    ___                  tab

med      -    50   02     94        _    ___                  tab      1645

bi um         50   03     78        _    ___                  tab      1567

pd um    _    ___  ___              _    ___                  tab

comp/sp  _    67   27     98        _    ___                 1000      2090

coll     _    70   78    259        _    ___                 1000      1915
comb     _    ___  ___              _    ___
min      _    ___  ___    ___       _    ___              F/S TOTAL
                                                             2327
```

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER  BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----------|---------|------|------|-----|-----------|
| _ | 002 | KNOXVILLE | TN | 37923 | | 104 | | 14 | NISSAN |

| | vin | stat/iso class | phys dam class | pi | nfrb |
|---|-----|----------------|----------------|-----|------|
| | 3N6CM0KNXEK691609 | 03499 | 03499 | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----------|-----------|-----|----------|-----------|-----------|--------------|-------|-----------|-----------|-------|
| 202 | ACV | 3 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

| UPBCV | entity | bypass | | | | | | | | |
|-------|--------|--------|--------|-----|-----|-----|-----|--------|--------|-----|
| | ci | cg | cc | v___ premium | +/- | ex mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 1600 | _ | ___ | | | tab | 1794 |
| pd | _ | ___ | ___ | _____ | _ | ___ | | | tab | |
| pip | _ | ___ | ___ | | _ | ___ | | | tab | |
| apip | _ | ___ | ___ | | _ | ___ | | | tab | |
| med | - | 50 | 02 | 94 | _ | ___ | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | ___ | | | tab | 1567 |
| pd um | _ | ___ | ___ | | _ | ___ | | | tab | |
| comp/sp | _ | 67 | 27 | 89 | _ | ___ | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 275 | _ | ___ | | | 1000 | 1915 |
| comb | _ | ___ | ___ | | _ | ___ | | | | F/S TOTAL |
| min | _ | ___ | ___ | ___ | _ | ___ | | | | 2136 |

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ____ OF ____

                              POLICY NUMBER  BA -7G983468

                              EFFECTIVE 03-07-16
        ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC



        UPBVE    vehicle schedule

        ci    veh        town      st    zip code    cty/twn   terr    zone   yr    make/model
        _     003   KNOXVILLE  TN  37923                104             14    VOLKSWAGEN

               vin              stat/iso class     phys dam class    pi    nfrb
           3VWPL7AJ1EM615888        7398               7398

        cost   limit         co/    comm/   co/phy   comm/      st   um bi/   um bi/   um
        new    liab   age    liab   liab    dam      phydam     ex   per      occ      pd
        262    ACV    3      ACJ    NC       ACJ     NC          -                    1000

        AT     ILF    PBCC   OS/IND      DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT


        UPBCV    entity bypass   v___
                 ci   cg    cc    premium   +/-   ex mo   r/c   typ   ded amt   lcm

        bi       _    50    01    797       _     ___                 tab       1366

        pd       _    ___   ___   _____     _     ___                 tab

        pip      _    ___   ___             _     ___                 tab

        apip     _    ___   ___             _     ___                 tab

        med      -    50    02    35        _     ___                 tab       1399

        bi um    _    50    03    118       _     ___                 tab       1646

        pd um    _    ___   ___             _     ___                 tab

        comp/sp  _    67    27    288       _     ___                 1000      4034

        coll     _    70    78    510       _     ___                 1000      2393
        comb     _    ___   ___             _     ___                      F/S TOTAL
        min      _    ___   ___   ___       _     ___                       1748
```

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ___ OF ___

                              POLICY NUMBER  BA -7G983468

                              EFFECTIVE 03-07-16
ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC




UPBVE    vehicle schedule

ci    veh      town      st   zip code   cty/twn   terr   zone   yr    make/model
_     004   KNOXVILLE   TN   37923                 104           15   FREIGHTLIN

         vin             stat/iso class     phys dam class   pi    nfrb
   WDYPE7DC8F5950541         03499               03499

   cost   limit    co/    comm/   co/phy   comm/     st    um bi/   um bi/   um
   new    liab  age liab   liab    dam    phydam    ex    per       occ     pd
   407    ACV    2  ACJ    NC       ACJ    NC        -              1000

AT     ILF     PBCC    OS/IND      DATE ADD-AUDIT    DATE DELETE-AUDIT  PIP OPT


UPBCV    entity bypass   v___
         ci   cg   cc    premium   +/-   ex mo   r/c   typ   ded amt  lcm

bi       _    50   01     1915     _     ___                 tab      1794

pd       _    __   __    _____   _     ___                 tab

pip      _    __   __               _    ___                 tab

apip     _    __   __               _    ___                 tab

med      -    50   02      94      _     ___                 tab      1645

bi um    _    50   03      78      _     ___                 tab      1567

pd um    _    __   __               _    ___                 tab

comp/sp  _    67   27     132      _     ___                 1000     2090

coll     _    70   78     503      _     ___                 1000     1915
comb     _    __   __               _    ___
                                                             F/S TOTAL
min      _    __   __     ___      _     ___                  2722
```

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER  BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----------|---------|------|------|----|-----------| 
| _ | 005 | KNOXVILLE | TN | 37923 | | 104 | | 14 | FREIGHTLIN |

| vin | stat/iso class | phys dam class | pi | nfrb |
|-----|----------------|----------------|----|----|
| WDYPE8DC1E5893488 | 03499 | 03499 | | |

| cost | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|------|-----------|-----|----------|-----------|-----------|--------------|-------|------------|-----------|-------|
| new 419 | ACV | 3 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

UPBCV   entity bypass  v___

| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
|--|----|----|----|---------|-----|-------|-----|-----|---------|-----|
| bi | _ | 50 | 01 | 1896 | _ | __ | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 130 | _ | __ | | | 1000 | 2090 |
| coll comb | _ | 70 | 78 | 480 | _ | __ | | | 1000 | 1915 |
| | _ | __ | __ | | _ | __ | | | | F/S TOTAL |
| min | _ | __ | __ | ____ | _ | __ | | | | 2678 |

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ___ OF ___

                              POLICY NUMBER  BA -7G983468

                              EFFECTIVE 03-07-16
ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC
```

```
UPBVE    vehicle schedule

ci    veh    town      st    zip code   cty/twn   terr    zone    yr    make/model
_     006    KNOXVILLE TN    37923                104             15    NISSAN

        vin              stat/iso class   phys dam class    pi    nfrb
  3N6CM0KN2FK704970        03499             03499

cost    limit   co/    comm/   co/phy   comm/     st    um bi/    um bi/   um
new     liab   age liab   liab    dam      phydam    ex    per       occ      pd
207     ACV    2   ACJ    NC       ACJ      NC       -                1000

AT    ILF    PBCC    OS/IND      DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT
```

```
UPBCV    entity bypass  v___
         ci  cg   cc    premium   +/-   ex mo   r/c   typ   ded amt   lcm

bi       _   50   01    1617      _     __                  tab       1794

pd       _   __   __    _____     _     __                  tab

pip      _   __   __              _     __                  tab

apip     _   __   __              _     __                  tab

med      -   50   02    94        _     __                  tab       1645

bi um    _   50   03    78        _     __                  tab       1567

pd um    _   __   __              _     __                  tab

comp/sp  _   67   27    90        _     __                  1000      2090

coll     _   70   78    288       _     __                  1000      1915
comb     _   __   __              _     __                            F/S TOTAL
min      _   __   __    ___       _     __                            2167
```

Exhibit A

UPBEAT FACING SHEET   PAGE ____ OF ____

POLICY NUMBER   BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE   vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----------|---------|------|------|----|-----------|
| _ | 007 | KNOXVILLE | TN | 37923 | | 104 | | 15 | AIRSTREAM |

| vin | stat/iso class | phys dam class | pi | nfrb |
|-----|---------------|---------------|----|----|
| WD3PF4CD8F5978030 | 7960 | 7960 | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----------|-----------|-----|----------|-----------|-----------|-------------|-------|-----------|-----------|-------|
| 1450 | 1450 | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT   ILF   PBCC   OS/IND   DATE ADD-AUDIT   DATE DELETE-AUDIT   PIP OPT

| UPBCV | entity |  | bypass | v___ | | | | | | |
|-------|--------|--|--------|------|--|--|--|--|--|--|
| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 801 | _ | — | | | tab | 1794 |
| pd | _ | — | — | ——— | _ | — | | | tab | |
| pip | _ | — | — | | _ | — | | | tab | |
| apip | _ | — | — | | _ | — | | | tab | |
| med | - | 50 | 02 | 94 | _ | — | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | — | | | tab | 1567 |
| pd um | _ | — | — | | _ | — | | | tab | |
| comp/sp | _ | 67 | 27 | 183 | _ | — | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 601 | _ | — | | | 1000 | 1915 |
| comb | _ | — | — | | _ | — | | | F/S TOTAL | |
| min | _ | — | — | —— | _ | — | | | | 1757 |

Exhibit A

UPBEAT FACING SHEET    PAGE ____ OF ____

POLICY NUMBER   BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|-----|----------|---------|------|------|-----|-----------|
| _ | 008 | KNOXVILLE | TN | 37923 | | 104 | | 15 | FREIGHTLIN |

| vin | stat/iso class | phys dam class | pi | nfrb |
|-----|----------------|----------------|-----|------|
| WDYPE8DCXFP166338 | 03499 | 03499 | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|------|------|------|------|------|------|------|------|------|------|------|
| 470 | ACV | 2 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT    PIP OPT

UPBCV

| | ci | entity bypass cg | cc | v___ premium | +/- | ex mo | r/c | typ | ded amt | lcm |
|----|-----|------|------|------|------|------|------|------|------|------|
| bi | _ | 50 | 01 | 1915 | _ | __ | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 136 | _ | __ | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 515 | _ | __ | | | 1000 | 1915 |
| comb | _ | __ | __ | | _ | __ | | | F/S TOTAL | |
| min | _ | __ | __ | ____ | _ | __ | | | | 2738 |

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ___ OF ___

                              POLICY NUMBER  BA -7G983468

                              EFFECTIVE 03-07-16
        ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC
```

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|---------|---------|------|------|----|-----------|
| _ | 009 | KNOXVILLE | TN | 37923 | | 104 | | 15 | MERCEDES-B |

| vin | stat/iso class | phys dam class | pi | nfrb |
|-----|---------------|----------------|----|----|
| WD4PE7DC1F5998724 | 03499 | 03499 | | |

| cost | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|------|-----------|-----|---------|-----------|-----------|-------------|-------|-----------|-----------|-------|
| new | ACV | 2 | ACJ | NC | ACJ | NC | - | | 1000 | |
| 388 | | | | | | | | | | |

AT    ILF    PBCC    OS/IND      DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

UPBCV    entity bypass    v___

| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
|--|----|----|----|---------|-----|-------|-----|-----|---------|-----|
| bi | _ | 50 | 01 | 1653 | _ | __ | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 159 | _ | __ | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 411 | _ | __ | | | 1000 | 1915 |
| comb | _ | __ | __ | | _ | __ | | | | |
| min | _ | __ | __ | ____ | _ | __ | | | | F/S TOTAL 2395 |

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER   BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|---|---|---|---|---|---|---|---|---|---|
| _ | 010 | KNOXVILLE | TN | 37923 | | 104 | | 16 | MERCEDES-B |

| | vin | | stat/iso class | | phys dam class | | pi | nfrb | |
|---|---|---|---|---|---|---|---|---|---|
| | WD3PG2EA9G3091733 | | 03499 | | 03499 | | | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|---|---|---|---|---|---|---|---|---|---|---|
| 349 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND        DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

UPBCV    entity bypass   v___

| | ci | cg | cc | premium | +/- | ex | mo | r/c | typ | ded amt | lcm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| bi | _ | 50 | 01 | 1600 | _ | __ | | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | | tab | |
| comp/sp | _ | 67 | 27 | 158 | _ | __ | | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 474 | _ | __ | | | | 1000 | 1915 |
| comb | _ | __ | __ | | _ | __ | | | | | F/S TOTAL |
| min | _ | __ | __ | ___ | _ | __ | | | | | 2404 |

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER  BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----|---------|------|------|-----|-----------|
| _ | 011 | KNOXVILLE | TN | 37923 | | 104 | | 16 | MERCEDES-B |

| | vin | | stat/iso class | | phys dam class | pi | nfrb |
|--|-----|--|----------------|--|----------------|----|------|
| | WD3PG2EAXG3103842 | | 03499 | | 03499 | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----------|------------|-----|----------|------------|------------|--------------|-------|-----------|-----------|-------|
| 289 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

UPBCV

| | entity bypass | | | v___ | | | | | | | |
|--|-----|-----|-----|---------|-----|----|-----|-----|---------|-----|
| | ci | cg | cc | premium | +/- | ex | mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 1600 | _ | __ | | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | | tab | |
| comp/sp | _ | 67 | 27 | 154 | _ | __ | | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 459 | _ | __ | | | | 1000 | 1915 |
| comb | _ | __ | __ | | _ | __ | | | | F/S TOTAL | |
| min | _ | __ | __ | ___ | _ | __ | | | | | 2385 |

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER  BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----|----|----|----|----|----|
| _ | 012 | KNOXVILLE | TN | 37923 | | 104 | | 16 | TOYOTA |

| vin | stat/iso class | phys dam class | pi | nfrb |
|----|----|----|----|----|
| JTNKARJE9GJ514840 | 7398 | 7398 | | |

| cost new | limit liab | co/ age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----|----|----|----|----|----|----|----|----|----|----|
| 222 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT    PIP OPT

UPBCV    entity bypass    v___

| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
|----|----|----|----|----|----|----|----|----|----|----|
| bi | _ | 50 | 01 | 671 | _ | __ | | | tab | 1366 |
| pd | _ | __ | __ | ____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 35 | _ | __ | | | tab | 1399 |
| bi um | _ | 50 | 03 | 118 | _ | __ | | | tab | 1646 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 234 | _ | __ | | | 1000 | 4034 |
| coll | _ | 70 | 78 | 614 | _ | __ | | | 1000 | 2393 |
| comb | _ | __ | __ | | _ | __ | | | | F/S TOTAL |
| min | _ | __ | __ | ___ | _ | __ | | | | 1672 |

Exhibit A

UPBEAT FACING SHEET    PAGE ___ OF ___

POLICY NUMBER  BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----|----|----|----|----|----|
| _ | 013 | KNOXVILLE | TN | 37923 | | 104 | | 16 | TOYOTA |

| | vin | stat/iso class | phys dam class | pi | nfrb |
|---|---|---|---|---|---|
| | JTNKARJE8GJ504459 | 7398 | 7398 | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----|----|----|----|----|----|----|----|----|----|----|
| 222 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND        DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

| UPBCV | entity bypass | | v___ | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|
| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 671 | _ | — | | | tab | 1366 |
| pd | _ | — | — | ——— | _ | — | | | tab | |
| pip | _ | — | — | | _ | — | | | tab | |
| apip | _ | — | — | | _ | — | | | tab | |
| med | – | 50 | 02 | 35 | _ | — | | | tab | 1399 |
| bi um | _ | 50 | 03 | 118 | _ | — | | | tab | 1646 |
| pd um | _ | — | — | | _ | — | | | tab | |
| comp/sp | _ | 67 | 27 | 234 | _ | — | | | 1000 | 4034 |
| coll | _ | 70 | 78 | 614 | _ | — | | | 1000 | 2393 |
| comb | _ | — | — | | _ | — | | | F/S TOTAL | |
| min | _ | — | — | —— | _ | — | | | | 1672 |

Exhibit A

```
                          UPBEAT FACING SHEET    PAGE ___ OF ___

                          POLICY NUMBER  BA -7G983468

                          EFFECTIVE 03-07-16
ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC
```

```
UPBVE    vehicle schedule
```

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----------|---------|------|------|----|-----------|
| _  | 014 | KNOXVILLE | TN | 37923 | | 104 | | 16 | TOYOTA |

| | vin | stat/iso class | phys dam class | pi | nfrb |
|--|-----|---------------|----------------|----|----|
| | JTNKARJEXGJ503152 | 7398 | 7398 | | |

| cost | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|------|-----------|-----|----------|-----------|-----------|-------------|-------|-----------|-----------|-------|
| new 222 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

```
AT    ILF    PBCC    OS/IND       DATE ADD-AUDIT   DATE DELETE-AUDIT  PIP OPT
```

| UPBCV | entity bypass | | v___ | | | | | | | |
|-------|------|------|------|--------|-----|-------|-----|-----|---------|-----|
| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 671 | _ | __ | | | tab | 1366 |
| pd | _ | __ | __ | _____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 35 | _ | __ | | | tab | 1399 |
| bi um | _ | 50 | 03 | 118 | _ | __ | | | tab | 1646 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 234 | _ | __ | | | 1000 | 4034 |
| coll | _ | 70 | 78 | 614 | _ | __ | | | 1000 | 2393 |
| comb | _ | __ | __ | | _ | __ | | | | |
| min | _ | __ | __ | ___ | _ | __ | | | F/S TOTAL | 1672 |

Exhibit A

```
                              UPBEAT FACING SHEET    PAGE ___ OF ___

                              POLICY NUMBER  BA -7G983468

                              EFFECTIVE 03-07-16
          ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC




          UPBVE    vehicle schedule
          ci   veh         town      st   zip code   cty/twn   terr    zone    yr   make/model
          _    015   KNOXVILLE        TN  37923                104             16   TOYOTA

                  vin             stat/iso class   phys dam class   pi   nfrb
          5TFRX5GN7GX059503           03499            03499

          cost    limit         co/    comm/    co/phy    comm/     st   um bi/   um bi/   um
          new     liab   age    liab   liab     dam       phydam    ex   per      occ      pd
          265     ACV    1      ACJ    NC       ACJ       NC        -             1000

          AT    ILF    PBCC    OS/IND      DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

          UPBCV    entity bypass   v___
                   ci   cg   cc    premium   +/-    ex mo   r/c    typ   ded amt   lcm

          bi       _    50   01    1590      _      ___                  tab       1794

          pd       _    __   __    _____    _      ___                  tab

          pip      _    __   __              _      ___                  tab

          apip     _    __   __              _      ___                  tab

          med      -    50   02    94        _      ___                  tab       1645

          bi um    _    50   03    78        _      ___                  tab       1567

          pd um    _    __   __              _      ___                  tab

          comp/sp  _    67   27    111       _      ___                  1000      2090

          coll     _    70   78    584       _      ___                  1000      1915
          comb     _    __   __              _      ___                            F/S TOTAL
          min      _    __   __    ___       _      ___                            2457
```

Exhibit A

UPBEAT FACING SHEET    PAGE ____ OF ____

POLICY NUMBER   BA -7G983468

EFFECTIVE 03-07-16

ACCOUNT NAME (DO NOT KEY) HED PRODUCTS, LLC

UPBVE    vehicle schedule

| ci | veh | town | st | zip code | cty/twn | terr | zone | yr | make/model |
|----|-----|------|----|----|------|------|------|----|----|
| _ | 016 | KNOXVILLE | TN | 37923 | | 104 | | 16 | TOYOTA |

| | vin | | stat/iso class | | phys dam class | | pi | nfrb |
|---|-----|---|----|---|----|---|---|---|
| | 5TFRX5GN2GX058291 | | 03499 | | 03499 | | | |

| cost new | limit liab | age | co/ liab | comm/ liab | co/phy dam | comm/ phydam | st ex | um bi/ per | um bi/ occ | um pd |
|----|----|----|----|----|----|----|----|----|----|----|
| 254 | ACV | 1 | ACJ | NC | ACJ | NC | - | | 1000 | |

AT    ILF    PBCC    OS/IND    DATE ADD-AUDIT    DATE DELETE-AUDIT   PIP OPT

UPBCV

| | entity bypass | | | v___ | | | | | | |
|---|----|----|----|----|----|----|----|----|----|----|
| | ci | cg | cc | premium | +/- | ex mo | r/c | typ | ded amt | lcm |
| bi | _ | 50 | 01 | 1590 | _ | __ | | | tab | 1794 |
| pd | _ | __ | __ | _____ | _ | __ | | | tab | |
| pip | _ | __ | __ | | _ | __ | | | tab | |
| apip | _ | __ | __ | | _ | __ | | | tab | |
| med | - | 50 | 02 | 94 | _ | __ | | | tab | 1645 |
| bi um | _ | 50 | 03 | 78 | _ | __ | | | tab | 1567 |
| pd um | _ | __ | __ | | _ | __ | | | tab | |
| comp/sp | _ | 67 | 27 | 111 | _ | __ | | | 1000 | 2090 |
| coll | _ | 70 | 78 | 584 | _ | __ | | | 1000 | 1915 |
| comb | _ | __ | __ | | __ | __ | | | | F/S TOTAL |
| min | _ | __ | __ | ___ | _ | __ | | | | 2457 |

Exhibit A

COMMERCIAL AUTO POLICY

POLICY NUMBER   BA -7G98346-8-ACJ-16

INSURED'S NAME:   HED PRODUCTS, LLC
AND AS PER CA T8 00

MISCELLANEOUS PREMIUM COVERAGE STATEMENT

| LOC | ST | TERR | CNTYTN | CO LIAB ACJ | CO PHYDAM ACJ | COMM LIAB | COMM PHYDAM | |
|-----|-----|------|--------|------|--------|------|--------|---|
| 041 | TN | | | | | | | |
| | UM BI EA PER | | UM BI EA OCC | UM PD | NRFB CODE | ILF | PBCC | OS/IND |
| | ----- | | ----- | ----- | | 01680 | | |

| | CLASS | EXPOSURE | | CLASS |
|---|-------|----------|---|-------|
| NON-OWNED | 6601 | 0 | | |
| HIRED | 6619 | 0 | | |
| HIRED PHYS | 6614 | 0 | | |

.

| COVERAGE | CGCC | PREMIUM | LCM |
|----------|------|---------|-----|
| STATE/ENTITY CODE:M | | | |
| Non-Owned | 5101 | 246 | 1794 |
| Hired/Borrowed | 5201 | 84 | 1794 |
| Hired Comprehensive | 6727 | 25 | 2245 |
| Hired Collision | 9664 | 25 | 2245 |

DATE OF ISSUE 03-15-16
OFFICE NSHV-119 DISTRICT C- 01
PRODUCER TIS INSURANCE SERV INC  F0716
PAGE    1

Exhibit A

# THE LAW OFFICES OF JOHN M. MCCABE, P.A.

### ATTORNEYS AT LAW

1130 KILDAIRE FARM ROAD, SUITE 230
CARY, NORTH CAROLINA 27511
TELEPHONE: (919) 833-3370
FACSIMILE: (919) 833-3371

January 10, 2018

**VIA CERTIFIED & ELECTRONIC MAIL**

Ms. Shirleen Hall
Travelers Insurance Company
P.O. Box 675
Orlando, FL 32802

> **RE:** **_Time-Limited Final Demand for Tendering of UIM Policy Limits_**
> _Our Client: Jamie Lynn Baumgartner_
> _Travelers' Insured: HED Products, LLC & Jamie Lynn Baumgartner_
> _Travelers' Claim Number: EUV6991_
> _Date of Collision: August 29, 2016_

Dear Ms. Hall:

This letter follows up my email from October 2, 2017, and my paralegal's email of October 27, 2017, to which we have received no response.

We have provided Travelers with all of Ms. Baumgartner's records and bills to date, as well as photographs of her injuries. As established by the medical records, Ms. Baumgartner's injuries are extensive, and they include:

1. a traumatic brain injury with bilateral subarachnoid hemorrhaging in both frontal lobes and post-concussive syndrome;
2. a displaced, comminuted, intra-articular right calcaneus fracture;
3. a displaced left clavicle fracture (with small amount of comminution);
4. multiple rib fractures (left rib 1, 2, and 3)
5. a burst fracture of the left thoracic spine (T1) transverse process;
6. injury to the troclear cranial nerve on left side;
7. hemothorax on left;
8. post-traumatic arthritis; and
9. PTSD.

The records also show that Ms. Baumgartner has undergone extensive surgeries, including open reductions and internal fixations to her right foot and left clavicle. And, as shown by the records we produced to Travelers in October, Ms. Baumgartner underwent an **ankle fusion** and

Exhibit B

Ms. Shirleen Hall
January 10, 2018
Page 2

scar tissue debridement surgery on August 8, 2017. This is significant because Ms. Baumgartner is only 38 years old. The fusion, compounded by post-traumatic arthritis, will result in her having permanent functional limitations. She walks like an elderly person, she has difficulty standing for prolonged periods, and struggles with other activities of daily living. Her injuries, including her fused and arthritic foot, have greatly interfered with her hobbies and recreational activities. As we previously informed you, prior to the collision, Ms. Baumgartner was very active. She worked out and ran almost daily, which included going to her gym and working out with a trainer. She also enjoyed dancing, going out with her friends, and volunteering as a Big Sister with the Big Brothers Big Sisters of America organization.

Ms. Baumgartner's medical bills are already over **$302,000.** In addition, Ms. Baumgartner's injuries caused her to miss considerable time (2,032 hours) from work. Ms. Baumgartner earned $70,000/year, which equates to $33.65/hour. Thus, her total lost wages are **$68,384.61.**

After providing Travelers with sufficient and supporting documentary evidence, we have repeatedly requested that Travelers tender the UIM policy limits available for this claim. (The previous demands were made on April 7, 2017, October 2, 2017, and October 27, 2017). To date, Travelers has neither tendered the policy limits nor made any settlement offer.

Please accept this letter as Ms. Baumgartner's final demand that Travelers tender its policy limits.

In considering this demand, we respectfully remind Travelers that Ms. Baumgartner is a first-party insured under its policy, and that Travelers has a duty to act fairly and honestly towards her and her interests. In light of all of the evidence provided, Travelers' ongoing delay and refusal to pay policy limits (and, for that matter, its refusal to make any settlement offer whatsoever) raises issues of bad faith and violations of the Unfair Insurance Trade Practices Act.

Accordingly, Ms. Baumgartner, as an insured under the Travelers' policy, demands that Travelers tender its UIM policy limits to her by **5:00 p.m. on Wednesday, February 7, 2018,** which is four weeks from today.

Very truly yours,

John M. McCabe

Exhibit B



## DISTASIO
— PERSONAL INJURY LAW —

Scott Distasio
Florida Bar Board Certified Civil Trial Lawyer | Supreme Court Certified Circuit Civil Mediator
Licensed in Florida and Pennsylvania

June 1, 2018

*Via Regular U.S. Mail*
Shirleen Hall
Travelers Casualty Insurance Company of America
P.O. Box 675
Orlando, FL 32802

Re:          Our Client:         Jamie Baumgartner
             Your Insured:       HED Products LLC & Jamie Baumgartner
             Your Claim Number: EUV6991
             Date of Loss:       August 29, 2016

Dear Ms. Hall:

I have been retained by Ms. Baumgartner to file a lawsuit and or move forward with any other legal remedies against Travelers for failure to pay her Underinsured benefits. However, before both parties begin spending money that could otherwise be used to resolve this case, Ms. Baumgartner has requested that I make one last effort to resolve this case. As you know, Progressive, the insurance carrier for the at-fault party has tendered their policy limits of $100,000.0.

It is my understanding that in discussions with my co-counsel John McCabe, you indicated that you were unwilling to discuss settlement of the UIM claim until the workers compensation claim was resolved. That has now occurred. Workers compensation has paid $321,568.02 for medical care and lost wages. In addition, Workers Compensation agreed to take $10,000.00 for their lien against the at fault parties tender of its policy limits. I enclose for your review the Workers Compensation lien and the documents demonstrating the resolution of that lien.

It is our understanding that you have had a full opportunity to investigate this claim of loss and my client has provided you with everything you have requested. Therefore, pursuant to Tenn. Code section 56-7-105 we hereby make this formal demand for the UIM policy limits. If the claim is not paid, we intend to assert a claim for bad faith

Sincerely,

Scott P. Distasio, Esquire

SPD/br

cc: Jamie Baumgartner

1112 Channelside Dr., Ste. 5, Tampa, FL 33602
Tel. 813.259.0022   Fax: 813.259.0033

Exhibit B



FLORIDA
DEPARTMENT OF
FINANCIAL SERVICES

## Civil Remedy Notice of Insurer Violations

Filing Number:     **386627**

Filing Accepted:   **4/19/2018**

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **JAMIE BAUMGARTNER** |
| Street Address: | **2930 DOMINION DRIVE** |
| City, State Zip: | **MAYVILLE, TN  37803** |
| Email Address: | **MAIL@DISTASIOFIRM.COM** |
| Complainant Type: | **Insured** |

### Insured

| | |
|---|---|
| Name: | **HED PRODUCTS, INC** |
| Policy #: | **BA7G983468** |
| Claim #: | **EUV6991** |

### Attorney

| | |
|---|---|
| Name: | **SCOTT DISTASIO** |
| Street Address: | **1112 CHANNELSIDE DRIVE, SUITE 5** |
| City, State Zip: | **TAMPA, FL  33602** |
| Email Address: | **MAIL@DISTASIOFIRM.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA** |
| Street Address: | |
| City, State Zip: | **,** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**SHIRLEEN HALL**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS-10-363
Rev. 11/2007

Exhibit C



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: **386627**

### Reason for Notice

Reasons for Notice:

**Claim Denial**

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

**624.155(1)(b)(1)**      **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**Travelers is aware of its own policy language.**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**Ms. Baumgartner sustained extraordinary physical injuries, including a traumatic brain injury and fractured ankle requiring internal fixation. She also has sustained a significant future loss of earnings claim.**

### Comments

| User Id | Date Added | Comment |
|---------|------------|---------|
|         |            |         |

DFS-10-363
Rev. 11/2007

Exhibit C