UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Plaintiff,

v.                                                             Case No. 8:21-cv-1510-VMC-CPT

TASMAN SERVICES LLC, et al.,

    Defendants.
_____/

## **O R D E R**

    This cause is before the Court *sua sponte*. Under 28 U.S.C. § 455, a judge must disqualify himself in any proceeding in which his impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse himself of his own accord. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

    In this case, the undersigned presided over a lengthy mediation conference involving the parties. During that conference, the undersigned became privy to confidential information regarding the parties' respective positions, which might reasonably draw his impartiality into question in any subsequent proceedings in the matter. 28 U.S.C. § 455(a). Thus, recusal is warranted.

Based upon the foregoing, the Clerk of Court is hereby directed to reassign this case to another magistrate judge by random draw and to provide notice to the parties of the newly designated magistrate judge.

SO ORDERED in Tampa, Florida, this 15th day of August 2022.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record